# EXHIBIT "A"



**null / PERINJ**
**Transmittal Number: 28984168**
**Date Processed: 04/24/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Rita DAmico<br>Hyatt Hotels Corporation<br>150 N Riverside Plz<br>Fl 14<br>Chicago, IL 60606-1598 |
| **Electronic copy provided to:** | Kathleen Schreiber<br>Monica Waddle<br>Julie Cicchetti<br>Katrina Love<br>Risk Management |

| | |
|---|---|
| **Entity:** | Hyatt Corporation<br>Entity ID Number  0007499 |
| **Entity Served:** | Hyatt Corporation |
| **Title of Action:** | Z.A., An Infant, By His Parents And Natural Guardians, Carmit Archibald vs. Hyatt Corporation |
| **Matter Name/ID:** | Z.A., An Infant, By His Parents And Natural Guardians, Carmit Archibald vs. Hyatt Corporation (15617064) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | New York County Supreme Court, NY |
| **Case/Reference No:** | 153296/2024 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 04/24/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Evan Miles Goldberg, PLLC<br>212-888-6497 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

April 19, 2024

UNITED STATES CORPORATION COMPANY
80 STATE STREET
ALBANY NY 12207, USA

| | | |
|---|---|---|
| RE: Party Served: | HYATT CORPORATION |
| Plaintiff/Petitioner: | Z.A. |
| Receipt Number: | 202404190062 |
| Date Served: | 04/15/2024 |
| Section of Law: | SECTION 306 OF THE BUSINESS CORPORATION LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

**Z.A.**, an Infant, by and through his Parents and Natural
Guardians, **CARMIT ARCHIBALD** and **GEORGES
ARCHIBALD**, and **CARMIT ARCHIBALD**,
*Individually*

        *Plaintiff(s),*

    -against-

**HYATT CORPORATION**

-------------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates New York
County as the place of trial.

The basis of venue is CPLR § 503,
Plaintiffs' residence.

**TO THE ABOVE-NAMED DEFENDANT(S):**

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve
a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to appear
or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
      April 09, 2024

                   Yours, etc.,

                   By: /s/ Evan M. Goldberg
                   EVAN MILES GOLDBERG, PLLC
                   400 East 57th Street, Ste. 4M
                   New York, NY 10022
                   Tel.: (212) 888-6497
                   Fax: (646) 751-7938
                   egoldberg@emglawfirm.com

                   *Attorneys for Plaintiffs Z.A., et al.*

**VIA NYS DOS (ID: 646189) TO:**
**Hyatt Corporation**
c/o United States Corporation Company
80 State Street
Albany, NY 12207
United States

1

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
**Z.A.**, an Infant, by and through his Parents and Natural
Guardians, **CARMIT ARCHIBALD** and **GEORGES
ARCHIBALD**, and **CARMIT ARCHIBALD**,
*Individually*

       *Plaintiff(s)*,

    -against-

**HYATT CORPORATION**
-------------------------------------------------------------------X

Index No.:

**VERIFIED COMPLAINT**

Jury Trial Demanded

      Plaintiff Z.A., an infant, by his parents and natural guardians, CARMIT ARCHIBALD
("Carmit") and GEORGES ARCHIBALD ("Georges"), and CARMIT ARCHIBALD,
*Individually*, (collectively, "Plaintiff" or "Plaintiffs" or the "Archibald Family"), by and through
their attorneys EVAN MILES GOLDBERG, PLLC, complaining of defendant HYATT
CORPORATION ("Hyatt" or "Defendant")[1] herein, allege as follows:

## <u>NATURE OF ACTION</u>

    1.    This is an action for personal injuries sustained by plaintiff, Z.A., an infant, against
defendant Hyatt Corporation.  Plaintiff seeks to hold the defendant vicariously liable based on the
theories of apparent agency or agency by estoppel for the injuries Z.A. sustained while on a family
vacation at the Park Hyatt St. Kitts Christophe Harbour Resort in St. Kitts and Nevis in the British
West Indies (the "Park Hyatt St. Kitts," "Hotel," or "Resort").

    2.    On or about April 09, 2023, while swimming and playing basketball in the pool at
the Park Hyatt St. Kitts, an aquatic basketball hoop toppled over and caused Z.A. to suffer severe

---

[1] Whenever reference is made to any defendant entity, such reference includes that entity, its agents, parent
companies, subsidiaries, affiliates, predecessors, and successors.  Whenever reference is made to any act, omission,
deed, or transaction of any defendant, the allegation means that the entity engaged in the act, omission deed, or
transaction by or through its officers, directors, agents, employees, or representatives while they were actively engaged
in the management, direction, control, or transaction of defendants' affairs.

2

and permanent injuries, including scarring and facial disfigurement.  Plaintiff alleges that defendant Hyatt Corporation is vicariously liable for this incident and the resulting injuries.

3.     All allegations in this Complaint are based upon information and belief, except for those allegations which pertain to the Plaintiff's herein and their counsel.  Each allegation in this Complaint either has evidentiary support or is likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## PARTIES

### A. PLAINTIFFS

4.     At all times herein mentioned, infant Plaintiff **Z.A.** was and still is an individual under the age of fourteen, and a resident and domiciliary of the State of New York, County of New York.

5.     At all times herein mentioned, Plaintiff **CARMIT ARCHIBALD** is the parent, natural mother, and guardian of Z.A., and a resident and domiciliary of the State of New York, County of New York.

6.     At all times herein mentioned, Plaintiff **GEORGES ARCHIBALD** is the parent, natural father, and guardian of Z.A., and a resident and domiciliary of the State of New York, County of New York.

### B. DEFENDANT HYATT CORPORATION

7.     At all times herein mentioned, Defendant **HYATT CORPORATION** is a corporation duly organized and existing under the laws of the State of Delaware and authorized to do business in the State of New York.

3

8.     Hyatt Corporation's principal place of business is located at 150 North Riverside Plaza, Chicago, Illinois 60606.

9.     Hyatt Corporation, which is headquartered in Chicago, Illinois, continuously and systematically does business in New York, nationwide and globally.

10.    At all times relevant, Hyatt was and is a global hospitality company that manages, owns, operates, controls, licenses, franchises, or generates revenue from more than 1,150 hotels and properties in more than 70 countries, including the Park Hyatt St. Kitts Christophe Harbour.

11.    Defendant Hyatt advertises and promotes its hotel rooms under many brand names, including but not limited to Park Hyatt and the Park Hyatt St. Kitts Christophe Harbour.

12.    Like other large hotel chains, consumers in New York continuously and systematically book hotel rooms with Hyatt hotels through Hyatt's corporate website, Hyatt.com and its World of Hyatt mobile application.

13.    At all relevant times, Hyatt had, and continues to have, control over the content and advertising displayed on its website, Hyatt.com.

13.    At all times relevant, defendant Hyatt receives revenue directly and/or indirectly from the Park Hyatt St. Kitts.

14.    Upon information and belief, defendant Hyatt Corporation is the operational entity that controls other "Hyatt" brands, other "Hyatt" branded subsidiaries, including the Park Hyatt St. Kitts, and received revenue, directly or indirectly, from "Hyatt"-branded subsidiaries and /or business ventures, including the Park Hyatt St. Kitts.

15.    Defendant Hyatt promotes the Park Hyatt St. Kitts, solicits and confirms reservations for the Park Hyatt St. Kitts, fills the Park Hyatt St. Kitts with hotel guests, and otherwise earns money for the Park Hyatt St. Kitts herein.

4

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

16.     At all relevant times, upon information and belief, Defendant Hyatt entered into an exclusive agreement with the Park Hyatt St. Kitts concerning the booking, purchase, sale, and confirmation of hotel rooms at the Park Hyatt St. Kitts on behalf of Plaintiffs and consumers in general in the State of New York.

17.     At all relevant times, Defendant Hyatt co-owned, co-maintained, co-operated, co-managed, and/or co-controlled the Park Hyatt St. Kitts.

## JURISDICTION AND VENUE

18.     This Court has jurisdiction over defendant Hyatt pursuant to New York Civil Practice Law and Rules ("CPLR") §§ 301 and/or 302 *et seq.*

19.     At all times relevant, Defendant Hyatt transacts significant business within the State of New York.

20.     Hyatt regularly solicits business in the State of New York and engages in other persistent courses of conduct in the State of New York.

21.     Hyatt derives substantial revenue from services rendered in the State of New York.

22.     Hyatt derives some substantial commercial benefit from New York.

23.     Defendant's overall contact with New York is substantial enough to make it reasonably subject to jurisdiction in New York.

24     Defendant is economically big enough to be able to defend a lawsuit in New York without undue hardship and in satisfaction of due process concerns.

25.     Defendant committed tortious acts and/or omissions both within and without the State of New York.

26.     Plaintiffs' causes of action arose from Defendant's acts and/or omissions.

5

27.    Defendant expected or should reasonably have expected its acts to have consequences in the State of New York.

28.    The Park Hyatt St. Kitts, acting through its agency or apparent agency relationship with Hyatt Corporation, made a deliberate business decision to continuously and systematically reach into the United States, and into New York specifically, to acquire nearly all of its customers, rather than confining its business activities to St. Kitts and Nevis in the British West Indies.

29.    Defendant's acts and/or omissions caused injury to persons and/or property within the State, including to Plaintiff Z.A. herein.

30.    Plaintiffs are residents of the State of New York, County of New York.  Under the facts and circumstances of this case, and pursuant to CPLR § 503, venue and jurisdiction are proper in this court.

31.    At all times relevant, Defendant advertised nationally and in New York specifically, thereby projecting itself into the New York market.

32.    Upon information and belief, the defendant advertised direct flights from New York's JFK Airport to St. Kitts' SKB Airport on its Instagram account, specifically targeting New York consumers to promote sales of hotel rooms at the Park Hyatt St. Kitts.

33.    Included below is a screenshot of the defendant's marketing and advertising efforts targeted towards New York. The screenshot shows an Instagram advertisement offering discounts to New York residents and consumers, demonstrating the defendant's strategy to attract customers from the New York area to the Park Hyatt St. Kitts resort.

6

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024



34.    Defendant marketed and promoted the Park Hyatt St. Kitts on its website, Hyatt.com, to consumers in New York, including Plaintiffs herein.

35.    Defendant offered, and continues to offer, its World of Hyatt loyalty rewards program to consumers in New York, including the plaintiffs herein, thereby creating a meaningful connection between defendant and New York.

7

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

36.     Included below is an advertisement posted to the Park Hyatt St. Kitts' Instagram

account promoting the use of World of Hyatt ("WOH") points to book stays at the Park Hyatt St.

Kitts.



## AS AND FOR A CAUSE OF ACTION FOR VICARIOUS LIABILITY
## BASED ON APPARENT AGENCY OR AGENCY BY ESTOPPEL

37.     At all times relevant, Carmit Archibald was a member of the World of Hyatt loyalty

rewards program.  Plaintiff Carmit Archibald used World of Hyatt rewards points on the Hyatt

8

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM         INDEX NO. 153296/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 04/09/2024

website, Hyatt.com, to book, purchase, and confirm hotel rooms at the Park Hyatt St. Kitts on behalf of her husband and minor children, Z.A. included.  Carmit booked and confirmed hotel room reservations at the Park Hyatt St. Kitts from the Archibald Family's home and residence in Manhattan.

38.    Included below is a fair and accurate screenshot of Carmit Archibald's point expenditure booking a stay the Park Hyatt St. Kitts using World of Hyatt membership rewards points.

| Park Hyatt St. Kitts Christophe Harbour | Points Redeemed -225,000 Points | Apr 6, 2023 Apr 12, 2023 |
|---|---|---|
| **Details** | | |
| Qualifying Night(s): | | 7 |
| Check-in: | | Apr 6, 2023 |
| Checkout: | | Apr 12, 2023 |
| Award Category | | Category 7 |
| **Details** | | |
| Award Issued | | Sep 17, 2022 |
| Points Used | | -225,000 |
| **Total Points / Miles:** | | -225,000 |

Rebook    Visit Hotel Website

39.    At all relevant times, Defendant represented to Plaintiffs, and to New York consumers, on its website, Hyatt.com, that the Park Hyatt St. Kitts was owned, operated, maintained and/or controlled by Hyatt as a Park Hyatt-branded property. These representations made by the Defendant were consistent across its communications with Plaintiffs.

9

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

40.     At all relevant times, Upon information and belief, defendant Hyatt had an agreement with the Park Hyatt St. Kitts that authorized Defendant to act as the Resort's actual or apparent agent or alter ego in the United States, and in New York.  Under this agency relationship, the defendant marketed, advertised, sold, and confirmed hotel rooms and to customers in New York, including the Plaintiffs herein. Importantly, the defendant was able to bind the Park Hyatt St. Kitts to these obligations without the Park Hyatt St. Kitts first having to confirm with Hyatt.

41.     The sale of the hotel rooms to the Plaintiffs, and Plaintiff Carmit Archibald's participation in the World of Hyatt loyalty membership rewards program, was actually and/or proximately caused by Hyatt Corporation and the Park Hyatt St. Kitts' deliberate efforts to market, sell, and cater to customers in the U.S. and New York, rather than focusing solely on the local market in St. Kitts and Nevis in the British West Indies.

42.     Defendant represented the Park Hyatt St. Kitts as a Hyatt-branded property that was owned, operated, managed, and/or controlled by Hyatt.

43.     These representations suggested the resort would meet Hyatt's brand and safety standards, which was material to Carmit's purchasing decision.

A.     **Plaintiffs' Reliance on Hyatt's Representations**

44.     In and around the fall of 2022, Plaintiffs Carmit Archibald and Georges Archibald, planning a family vacation with, and on behalf of, their three minor children for their spring break, Z.A. included, booked and confirmed accommodations at the Park Hyatt St. Kitts Christophe Harbour on the Hyatt.com website.

45.     Carmit, a World of Hyatt member, utilized membership rewards points for the booking, and was influenced by prior positive experiences with Hyatt hotels in various locations as well as the brand's reputation for high standards and reliability.

10

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

Based on Carmit's prior favorable experience at Hyatt hotels and resorts in Aruba, Hawaii, and Costa Rica, Carmit searched for Hyatt hotels on the World of Hyatt website and found the Park Hyatt St. Kitts listed as a Hyatt hotel (https://www.hyatt.com/en-US/hotel/saint-kitts-and-nevis/park-hyatt-st-kitts/skbph).

46.     Attached as **Exhibit A** is a printout of Hyatt's webpage for Park Hyatt St. Kitts, reflecting the same or similar content that Carmit Archibald reviewed and relied upon for information and to make the subject reservation.

47.     Carmit was under the reasonable belief that the Park Hyatt St. Kitts was owned, operated, managed, and/or controlled by defendant Hyatt, consistent with previous experiences with the brand, and as represented through booking the hotel on the Hyatt website, and that the Hotel's name was Park Hyatt St. Kitts.

48.     The foregoing constitutes the creation by defendant Hyatt Corporation of the appearance of an agency relationship between it and the Park Hyatt St. Kitts, upon which appearance Carmit reasonably relied in booking her hotel rooms and thereby reasonably believed Hyatt Corporation was responsible for the Resort's premises and any room or space she and her family might occupy at the Resort.

49.     Included below is a screenshot capturing the banner content on Hyatt's website for the Park Hyatt St. Kitts.. The Park Hyatt logo is prominently featured on the banner, which served as a key basis for Carmit's reliance.



FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

50.     Once at the Resort, Carmit was confirmed in her initial reasonable belief that the Park Hyatt St. Kitts was owned, operated, managed, or controlled by Hyatt Corporation and was in fact a Hyatt hotel.  This belief was reinforced by the presentation of the Park Hyatt and World of Hyatt logos throughout the booking process, pre-arrival communications from @hyatt.com email addresses, and branded materials encountered at the hotel, including receipts, stationery, signage brochures, and guides.

51.     Annexed hereto as **Exhibit B** are reservation and booking confirmation emails Carmit received, which contain the Park Hyatt and World of Hyatt logos, and are sent from @hyatt.com email address domains.

52.     Annexed hereto as **Exhibit C** is a receipt dated April 09, 2023 for a UPF 50+ sun shirt purchased by Z.A.'s parents for Z.A at the Banana Bay Boutique at the Park Hyatt St. Kitts. The receipt states "Park Hyatt."

53.     Annexed hereto as **Exhibit D** is a Park Hyatt St. Kitts Concierge Guide, featuring the recognizable Park Hyatt logo.  The annexed Concierge Guide is the same or similar to the one provided to Carmit and Georges upon checking into the hotel.

54.     The aforementioned documents are indicative of the impression Hyatt sought to give that the Resort was owned, operated, managed and/or controlled by Hyatt.

55.     The foregoing constitutes the creation by defendant Hyatt Corporation of the appearance of an agency or apparent agency relationship between it and the Park Hyatt St. Kitts, upon which appearance Carmit reasonably believed Hyatt Corporation was responsible for the Resort's premises and any room or space she and her family might occupy at the Resort.

12

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM    INDEX NO. 153296/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 04/09/2024

56.    Nothing Carmit and Georges had seen prior to booking the rooms, and nothing they had seen or heard while at the Park Hyatt St. Kitts Resort itself indicated that it was not owned, operated, managed, or controlled by defendant Hyatt Corporation.

57.    At no point before or during their stay were the Plaintiffs informed or given reason to believe that the Park Hyatt St. Kitts did not adhere to the Hyatt standards or was not under the direct ownership, operation, management, or control of Hyatt. This led the Plaintiffs to reasonably expect the quality and reliability synonymous with the Hyatt and Park Hyatt brand.

**B.    Z.A.'s Severe Injury, Facial Disfigurement and Toppling of the Unsecured Aquatic Basketball Hoop**

58.    On or about April 09, 2023, Plaintiff, Z.A., who weighed approximately 80 pounds and was 4 feet 10 inches tall at the time, was swimming and playing aquatic basketball in the Resort's "Lagoon" swimming pool.   While engaged in this activity, an inadequately secured aquatic basketball hoop toppled over and struck Z.A. on the head.

59.    The impact resulted in a significant laceration medial to Z.A.'s left eyebrow, extending leftward across his forehead. The laceration was accompanied by additional cuts, bruises, scarring, and discoloration. The incident caused copious amounts of blood to fill the pool, and the curvature of the laceration and scar on Z.A.'s head aligns with the shape of the basketball hoop's rim.   This incident caused Z.A. to sustain severe and permanent injuries and facial disfigurement.

60.    Included below is a true and accurate photograph of the aquatic basketball hoop located in the Resort's Lagoon Pool, taken at or around the time of the incident involving the plaintiff, Z.A.

13

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024



61.   Hotel management was promptly notified of the incident.  The basic facts of the incident were recounted by a letter written on stationary and signed by the Resort's general manager, Richard Elliott, which at the top contain the words "Park Hyatt St. Kitts."  See **Exhibit E** annexed hereto.

62.   The aquatic basketball hoop, positioned at the edge of the swimming pool, was not adequately secured to the pool deck. Its base was improperly weighted or affixed, directly leading to the hoop's toppling over and striking the plaintiff, Z.A., in the head.

63.   This unsafe condition and safety oversight was due to the negligence and breach of duty by the Park Hyatt St. Kitts, its agents, servants, and/or employees. They failed to maintain the premises in a reasonably safe condition by allowing the aquatic basketball hoop to remain unsecured and in a defective, top-heavy, and dangerous state, creating a trap for the plaintiff.

64.   The aquatic basketball hoop, positioned at the pool's edge, lacked adequate securing to the pool deck, with its base improperly weighted or affixed. This condition and safety oversight directly and proximately led to the hoop's toppling over and striking Z.A. in the head.

14

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM   INDEX NO. 153296/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 04/09/2024

65.    The aforesaid condition was due to the negligence and breach of duty owed to plaintiff by the Defendants, its agents, servants, and/or employees, in failing to maintain the premises in a reasonably safe condition by permitting the aquatic basketball hoop to not be securely fastened or weighted down to the pool deck; in permitting the aquatic basketball hoop to remain in a defective condition and unrepaired condition, thus causing it to become top-heavy, dangerous, and a trap for the Plaintiff.

66.    Upon information and belief, the aquatic basketball hoop's base was not filled with sufficient water. This safety oversight directly led to the hoop's toppling over. The hoop's improper installation and maintenance facilitated the incident and caused Z.A. facial disfigurement, scarring, serious and permanent injuries, pain and suffering, and mental anguish.

67.    This incident was a foreseeable consequence of neglecting the necessary safety protocols and maintenance standards expected at Hyatt hotels and resorts.

68.    At all material times, the Hotel owed to Plaintiff to maintain its premises in a condition that was safe for all invitees and resort guests though proper inspections and follow-up and to correct dangerous conditions of which it either knew or should have known by the use of reasonable care.

69.    At all material times, the Hotel owed to Plaintiff the duty to warn of dangerous conditions which it had or should have had knowledge of greater than that of Plaintiff.

70.    Despite these duties, the Defendant failed to take reasonable precautions for the safety of Plaintiff, who was lawfully on the premises, and Defendant negligently breached its duties by failing to establish uniform standards for the maintenance or hazard identification of its Hotels consistent with the best practices of similar hotels; and by failing to inspect and maintain

15

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM          INDEX NO. 153296/2024
NYSCEF DOC. NO. 1                                         RECEIVED NYSCEF: 04/09/2024

the area where the aquatic basketball hoop fell, the exercise of which would have revealed a hazardous condition.

71.     Defendant, its agents, servants, and/or employees had actual or constructive notice of the dangerous and unrepaired condition of the aquatic basketball hoop.

72.     Plaintiff was free from any negligence or culpable conduct contributing to the aquatic hoop's toppling over into the pool and onto him and resulting injuries.

73.     The representation that the Park Hyatt St. Kitts was a Hyatt-operated, managed, and/owned property form the basis for Hyatt's liability under the doctrines of apparent agency and agency by estoppel, as they directly influenced Plaintiffs' decision to stay at Park Hyatt St. Kitts and exposed them to harm.

74.     Defendant's conduct led Plaintiffs to reasonably believe that Park Hyatt St. Kitts was an agent or entity acting under the direct control and authority of Hyatt.

75.     Given the agency and/or apparent agency relationship, Hyatt is vicariously liable for the negligent actions and omissions of Park Hyatt St. Kitts that led to Z.A.'s injuries.  This liability is grounded in the principle that Hyatt, by holding Park Hyatt St. Kitts out as part of its brand and under its operational control, must bear responsibility for the failures of Park Hyatt St. Kitts to maintain the safety and quality standards purported by Hyatt.

76.     By virtue of Defendant's representations, and the Archibald Family's reliance on Defendant's representations, an apparent agency or agency by estoppel was created between Hyatt Corporation and Park Hyatt St. Kitts.

77.     Hyatt's representations concerning the the safety, control, and operational standards at Park Hyatt St. Kitts subjected Plaintiffs to risks that they otherwise would not have accepted.

16

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

78.    As a result of Defendant's acts and omissions, Plaintiffs have been caused to expend monies they would not have otherwise have had to expend.

79.    The limitations of liability set forth in Article 16 of New York's CPLR do not apply to this action.

80.    The amount of damages sought by this complaint exceeds the jurisdictional limits of all lower courts that might otherwise have jurisdiction herein.

**WHEREFORE**, Plaintiff prays for an Order from the Court permitting discovery on the Defendants to establish personal jurisdiction, and Plaintiff prays for judgment against the Defendants as follows:

   a.  For general damages according to proof at trial;
   b.  For special damages according to proof at trial;
   c.  For damages for loss of earning capacity, according to proof at trial;
   d.  For damages for other economic losses, according to proof at trial;
   e.  For interest on general and special damages, to the maximum extent permitted by law;
   f.  For costs of suit incurred herein; and
   g.  For such other and further relief as the Court deems just and proper.

Dated: New York, New York
       April 09, 2024

                                        Respectfully submitted,

                                        /s/ Evan M. Goldberg
                                        EVAN MILES GOLDBERG, PLLC
                                        400 East 57th Street, Ste. 4M
                                        New York, NY 10022
                                        Tel.: (212) 888-6497
                                        Fax: (646) 751-7938
                                        egoldberg@emglawfirm.com
                                        *Attorneys for Plaintiffs  Z.A., et al.*

17

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 1

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

**VERIFICATION**

STATE OF NEW YORK      )
COUNTY OF NEW YORK  )       ss:

I, CARMIT ARCHIBALD, being duly sworn, depose and say under penalty of perjury:

  I am the parent and natural guardian of Z.A., an infant plaintiff in this action.

  I have read the foregoing complaint and am familiar with the contents thereof.  The contents of the complaint are true to my own knowledge, except as to those matters herein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.  The grounds for my beliefs as to matters alleged include my books and records, publicly available records, information, and personal knowledge.

  The reason this verification is not made by plaintiff Z.A. is because he is an infant and is represented herein by both my husband, Georges Archibald, and me, Carmit Archibald, Z.A.'s parents and natural guardians.  This verification is made by me because I am Z.A's parent and natural guardian, and I have sufficient knowledge of the facts regarding this case.

Dated: New York, NY
   April 09, 2024

Carmit Archibald (Apr 9, 2024 21:56 EDT)

Carmit Archibald

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
**Z.A.**, an Infant, by and through his Parents and Natural          Index No.:
Guardians, **CARMIT ARCHIBALD** and **GEORGES
ARCHIBALD**, and **CARMIT ARCHIBALD**,
*Individually*

        *Plaintiff(s),*

   -against-

**HYATT CORPORATION**

        *Defendant(s).*
-------------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
### (Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1)    The Plaintiff, whose name is listed above, has filed this case using the New York
              State Courts E-filing system ("NYSCEF"), and

    2)    You are a Defendant (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your
  documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you <u>must</u> have access to a computer and a
  scanner or other device to convert documents into electronic format, a connection to the
  internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - Serving and filing your documents electronically
  - Free access to view and print your e-filed documents
  - Limiting your number of trips to the courthouse

19

- Paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- Visit: www.nycourts.gov/efile-unrepresented or
- Contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov
- To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) Immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile; or

2) File the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: New York, New York
　　　　April 09, 2024

　　　　　　　　　　　　　　　　/s/ Evan M. Goldberg
　　　　　　　　　　　　　　　　Evan M. Goldberg, Esq.
　　　　　　　　　　　　　　　　EVAN MILES GOLDBERG, PLLC
　　　　　　　　　　　　　　　　400 East 57th Street, Ste. 4M
　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　Tel.: (212) 888-6497
　　　　　　　　　　　　　　　　Fax: (646) 751-7938
　　　　　　　　　　　　　　　　egoldberg@emglawfirm.com

20

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 1

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

Index No.:
Date Filed:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------------

**Z.A.**, an Infant, by and through his Parents and Natural Guardians, **CARMIT ARCHIBALD** and **GEORGES ARCHIBALD**, and **CARMIT ARCHIBALD**, *Individually*

    *Plaintiff(s)*,

-against-

**HYATT CORPORATION**

    *Defendant(s)*.

----------------------------------------------------------------------


----------------------------------------------------------------------

### SUMMONS, VERIFIED COMPLAINT, AND
### NOTICE OF ELECTRONIC FILING

----------------------------------------------------------------------

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

April 09, 2024


        /s/ Evan M. Goldberg
      By: Evan M. Goldberg, Esq.
      EVAN MILES GOLDBERG PLLC
      400 East 57th Street, Ste. 4M
         New York, NY 10022
         Tel.: (212) 888-6497
         Fax: (646) 751-7938
      egoldberg@emglawfirm.com


21

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 2

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# Exhibit A

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 2

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

☰   **WORLD OF HYATT**®   👤 ⌄



P A R K   H Y A T T™

**Park Hyatt St. Kitts Christophe Harbour**

📍 Banana Bay, South East Peninsula, St. Kitts, Saint Kitts and Nevis, KN7000

📞 +1 869 468 1234

★★★★☆   469 REVIEWS

BOOK NOW

**HOTEL**  |  ROOMS + SUITES  |  BOOK EXPERIENCES  |  AREA ATTRACTIONS  |  DINING  |  SPECIAL EVENTS  |  PHOTOS + REVIEWS  |  OFFERS

EXPLORE OUR HOTEL

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 2

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# Escape to Luxury at Our Beachfront St. Kitts & Nevis Resort

---

At Park Hyatt St. Kitts Christophe Harbour, guests will enjoy personalized luxury while discovering authentic experiences for an enriching stay. Our family-friendly resort offers various activities and wellness programming, a full-service spa, and some of the best restaurants in St. Kitts. Unwind in one of our distinct guest rooms with contemporary decor, soaking tubs and stunning views. Reserve a suite for an elevated stay at our St. Kitts resort. Many suites offer two bedrooms, individual pools with private sundecks and unobstructed views of the Caribbean sea and neighboring Nevis Island.



**Unwind in a tropical oasis**

---

Sugar Mill Spa & Sanctuary at Park Hyatt St. Kitts welcomes you to discover your personal oasis. Our tropical-inspired spa experiences are crafted to rejuvenate your body, and our wellness activities like yoga and sound healing aim to align the mind and soul.

**LEARN MORE**

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 2

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

## Amenities


**Free Internet Access**


**On-Site Restaurant**


**Room Service**


**Fitness Center**


**Pool**


**Spa**


**Digital Check-In**


**Camp Hyatt**


**Business Services**


**Resort Property**


**Laundry**


**Concierge**


**Meeting Facilities**

ALL AMENITIES ⌄



# Earn up to 60,000 Bonus Points

Let the World of Hyatt Credit Card take you places. See how you can earn up to 60,000 Bonus Points, Discoverist status, one free night each year, and more.

**LEARN MORE**







## Map, Parking + Transportation

**Address**

Banana Bay, South East Peninsula
St. Kitts, Saint Kitts and Nevis,
KN7000

**Phone**

+1 869 468 1234

**Email**

parkhyattstkitts@hyatt.com

VIEW DETAILS

# Rooms + Suites

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 2

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024





All the rooms and suites at our St. Kitts luxury resort face the turquoise water of the Caribbean Sea and

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
INDEX NO. 153296/2024
NYSCEF DOC. NO. 2
RECEIVED NYSCEF: 04/09/2024





pool with panoramic Caribbean views. Families feel right at home in our two-bedroom suites, offering extra space to spread out.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 2

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

VIEW
ROOMS
+
SUITES

# Our Hotel



## RESORT FEE

A daily resort fee of $60.00 (subject to change) is applied to each room of your stay in order to provide services and amenities, which enhance the guest experience. Please contact the hotel directly for more information.

View all inclusions



## POOL & BEACHFRONT

All the rooms and suites at our St. Kitts luxury resort face the turquoise water of the Caribbean Sea and feature spa-inspired baths. Our Three Bedroom Presidential Villa includes a private sundeck and rooftop infinity pool with panoramic Caribbean views. Families feel right at home in our two-bedroom suites, offering extra space to spread out.

LEARN MORE

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM    INDEX NO. 153296/2024
NYSCEF DOC. NO. 2                                                 RECEIVED NYSCEF: 04/09/2024



## SUGAR MILL SPA AND SANCTUARY

At Sugar Mill Spa & Sanctuary, align your body and soul while unifying the physical and spiritual elements through exclusive intention-based treatments, yoga practice and meditation classes, and globally inspired healing philosophies. Our healers, masters and elite experts are pioneers in their fields—and all are committed to guiding your journey.

BOOK NOW







## ISLAND FORT BY CAMP HYATT

Island Fort by Camp Hyatt offers parents babysitting services to accommodate their adult-only experiences while giving young guests an exciting opportunity to unleash their creativity. Children and teens are invited to participate in outdoor activities in the Caribbean sun, culinary activities to promote healthy living, an array of exciting celebrations, and arts and crafts to get in touch with their inner artist. There's no shortage of ways for our youngest guests to enjoy their time in St. Kitts.

For any questions regarding Island Fort by Camp Hyatt, please contact the Concierge team at concierge.skbph@hyatt.com or call +1 869 467 4849.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM          INDEX NO. 153296/2024
NYSCEF DOC. NO. 2                                          RECEIVED NYSCEF: 04/09/2024



## GUEST EXPERIENCES

Elevate your upcoming stay with a private cabana, day bed, exclusive culinary experience or resort activity at our oceanfront resort. Indulge in poolside service or a fine dining journey under the stars, learn to play the steel pan or delight in an island-inspired afternoon tea. You are invited to craft your perfect itinerary to create an enriching stay.

BOOK NOW



## TOPGOLF SWING SUITE®

Discover the luxurious simulation suite where sports, entertainment, food and beverage unite for a unique and thrilling experience. Choose from golf, football, soccer and more, or enjoy a movie with family and friends. Located on the second floor of Great House – the heart of our resort.

RESERVE NOW

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 2

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# Photos + Reviews



☆☆☆☆☆

## Fantastic Property and Staff!!

Ed P | Dallas, TX

"I have stayed at five star hotels across several continents. This hotel was amazing. The staff was very attentive and was constantly asking how things were and how they could help. The can-do attitude was fantastic. The rooms are great with views that are stunning...cannot wait to return."

MORE PHOTOS + REVIEWS



What else is happening at Park Hyatt St. Kitts?

VIEW NEWS + EVENTS

Connect With Us

Banana Bay, South East Peninsula, St. Kitts, Saint Kitts and Nevis, KN7000
Tel: +1 869 468 1234 | Fax: +1 869 468 1235 | parkhyattstkitts@hyatt.com

Policies | Careers



**Earn up to 60,000 Bonus Points**
with the World of Hyatt Credit Card

LEARN MORE >



**TIMELESS COLLECTION**

      

**BOUNDLESS COLLECTION**      **INDEPENDENT COLLECTION**

        



**INCLUSIVE COLLECTION**

 

*Learn which hotels are participating in World of Hyatt at hyatt.com/dreamhotels.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM   INDEX NO. 153296/2024

NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 04/09/2024

**RESERVATIONS**

Modify / Cancel

Retrieve Hotel Bill

**CUSTOMER SERVICE**

Customer Service

FAQs

Contact Us

**THE HYATT.COM
BEST RATE GUARANTEE**

LEARN MORE

**GET THE MOBILE APP**

Download on the App Store

GET IT ON Google Play

**CORPORATE SITES**

About Us

Careers

Investor Relations

Hyatt Development

Corporate Responsibility

Newsroom

**EXPLORE MORE**

Travel Advisors

Corporate Travel

Residences

Gift Cards

**CONNECT WITH HYATT**

Privacy Policy     Terms & Conditions     Cookie Center     Security & Safety     Modern Slavery and Human Trafficking

Do Not Sell or Share My Personal Information     © 2024 Hyatt Corporation

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

# Exhibit B

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

**From:** Hyatt Hotels no-reply@t1.hpe-esp.hyatt.com
**Subject:** Park Hyatt St. Kitts Christophe Harbour - Confirmation - CARMIT ARCHIBALD - 06-Apr-2023 - 27616422
**Date:** September 17, 2022 at 8:44 AM
**To:** STERENC@hotmail.com STERENC@HOTMAIL.COM



Your reservation is confirmed.                                                              **Customer Service**

PARK HYATT™

# Reservation Confirmation
Membership #: ******315T

## Confirmation Number: #27616422

### Housekeeping — What You Can Expect

As you prepare to join us, we remain focused on your health, safety, and wellbeing.
Learn more

### Upgrade your stay with points



Treat yourself, your family or your friends to upgraded accommodations starting at just 3,000 points per night. From Club access to Premium Suites, the choice is yours.

Learn more

### Park Hyatt St. Kitts Christophe Harbour

 Banana Bay, South East Peninsula, Parish of St. George St. Kitts, KN7000, KN

📞 +1 869 468 1234

## Check-In
**Date:** Thursday, 06-Apr-2023
**Time:** 04:00 PM

## Checkout
**Date:** Saturday, 08-Apr-2023
**Time:** 12:00 PM

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

## COVID-19 Travel Update & Precautionary Measures

**Hotel Services & Facilities** – May be impacted in light of COVID-19. For more information, please contact the hotel directly or visit our property website.

**Face Coverings** – May be required in hotel indoor public areas and when moving around in outdoor areas, based on local or national mandates or guidance. For more information, please contact the hotel directly.

**Hyatt's Global Care & Cleanliness Commitment** – Focuses on the safety and wellbeing of our guests and colleagues, and we've enhanced existing rigorous safety and cleanliness protocols. Learn more at:
https://www.hyatt.com/info/global-care-and-cleanliness-commitment

## A home office like no other



Take advantage of Office for the Day and enjoy private use of guest room from 7 a.m. to 7 p.m. including items such as premium Wi-fi, dining discounts, access to the hotel gym and more.

Learn more

## Manage your Stay

We look forward to welcoming you to our hotel. Please let us know if there is anything we can do to help you make the most of your time away.

✎ Modify Reservation          ✚ Add Reservation

✖ Cancel Reservation          ? Customer Service

**Contact us any time you need**          **Connect on any device**

            

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

## Share your points or awards



For a great gift or an easy way to plan a vacation, you can share your points or eligible awards including Free Nights, Points + Cash and select room upgrades with any World of Hyatt member.

Learn more

## Start Planning



**Get to know your Hotel**

## The Great Relocate



Gather your work and your people and book a month-or-more stay at a participating Hyatt hotel across Europe, the Middle East, Africa and India.

Explore more

## Reservation Details

**Guest Name:** CARMIT ARCHIBALD

**Number of Adults:** 1

**Number of Children:** 1

**Room(s) Booked:** 1

**Room Type:** 2 QUEEN BEDS

**Room Description:**
2 Queen Beds:527 Sqft:Private Terrace Spa inspired bathroom with rain shower

**Nightly Rate per Room:**
April 6 - April 7 - 1,078.25 US DOLLARS

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**Type of Rate:** MEMBER RATE

**Rate Information:** Exclusive rate for World of Hyatt Members. To receive this discount sign in with your Rate is eligible to earn points and tier credit.

**Additional Tax, Fees and Service Charges:**

**VALUE ADDED TAX:** 10.000%
**ISL ENHNCMNT TAX:** 2.000%
**SERVICE CHARGE:** 12.000%
**RESORT FEES:** 50.00

## CANCELLATION POLICY:
14 DAYS PRIOR OR 1NT FEE: 1NT DPST AT BOOKING

*Reservations confirmed or changed by World of Hyatt Explorist or Globalist members can be cancelled until 11:59 pm the day before arrival, when the hotel's cancellation period stated above is not more than 48 hours. This 24-hour cancellation period benefit is not valid for stays at Hyatt Residence Club or Miraval resorts. It also does not apply: (i) to prepaid or non-refundable rates; (ii) when the cancellation period stated above is more than 48 hours; or (iii) for reservations booked at corporate negotiated or group contract rates. This benefit is based on a member's tier status at the time of cancellation. The cancellation windows are based on the hotel's local time.*

*Changes to the dates of stay, number of guests per room or number of rooms confirmed will be subject to current pricing which may be different than previously confirmed rates. Taxes and fees are subject to change based on dates of stay and local jurisdiction.*

*Earning World of Hyatt points and tier credit is subject to World of Hyatt complete Terms and Conditions.*

## Upgrade your office view



Transform your work-from-home routine into a memorable working vacation with Work from Hyatt.

Learn more

Stay In Touch

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024





─── TIMELESS COLLECTION ───

  

   

─── BOUNDLESS COLLECTION ───

   



─── INDEPENDENT COLLECTION ───

─── INCLUSIVE COLLECTION ───

*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

In the interests of your privacy and cyber security safety we ask that you do not send your credit card details in any written correspondence to this office. Please call us with those details here.

You're receiving this message because you have provided your email to receive communications from Hyatt. For details on our privacy policies, please visit privacy.hyatt.com.

If you have questions or comments regarding this email, please contact us at consumeraffairs@hyatt.com.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM   INDEX NO. 153296/2024

NYSCEF DOC. NO. 3   RECEIVED NYSCEF: 04/09/2024

As used in this Statement, the terms "we", "our", "Hyatt" and "Hyatt Hotels & Resorts®" encompass hotels operated, managed, franchised, owned, leased, developed, or licensed or provided services by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt®, Hyatt Hotels & Resorts™, World of Hyatt®, Park Hyatt®, Miraval®, Grand Hyatt®, Alila®, Andaz®, The Unbound Collection by Hyatt®, JdV by Hyatt™, Destination by Hyatt™, Hyatt Regency®, Hyatt Ziva™, Hyatt Zilara™, Thompson Hotels®, Hyatt Centric®, Caption by Hyatt, Hyatt House®, Hyatt Place®, Hyatt Residence Club®, and related marks are trademarks of Hyatt Corporation or its affiliates.

©2022 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024



**From:** Hyatt Hotels no-reply@t1.hpe-esp.hyatt.com
**Subject:** Park Hyatt St. Kitts Christophe Harbour - Confirmation - CARMIT ARCHIBALD - 06-Apr-2023 - 8172170
**Date:** September 17, 2022 at 7:59 AM
**To:** STERENC@hotmail.com STERENC@HOTMAIL.COM

Your reservation is confirmed.                                    Customer Service

PARK HYATT™

# Reservation Confirmation

Membership #: ******315T

## Confirmation Number: #8172170

## Housekeeping — What You Can Expect

As you prepare to join us, we remain focused on your health, safety, and wellbeing.
Learn more

## Upgrade your stay with points



Treat yourself, your family or your friends to upgraded accommodations starting at just 3,000 points per night. From Club access to Premium Suites, the choice is yours.

Learn more

## Park Hyatt St. Kitts Christophe Harbour

 Banana Bay, South East Peninsula, Parish of St. George
St. Kitts, KN7000, KN

📞 +1 869 468 1234

### Check-In

**Date:** Thursday, 06-Apr-2023
**Time:** 04:00 PM

### Checkout

**Date:** Thursday, 13-Apr-2023
**Time:** 12:00 PM

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

## COVID-19 Travel Update & Precautionary Measures

**Hotel Services & Facilities** – May be impacted in light of COVID-19. For more information, please contact the hotel directly or visit our property website.

**Face Coverings** – May be required in hotel indoor public areas and when moving around in outdoor areas, based on local or national mandates or guidance. For more information, please contact the hotel directly.

**Hyatt's Global Care & Cleanliness Commitment** – Focuses on the safety and wellbeing of our guests and colleagues, and we've enhanced existing rigorous safety and cleanliness protocols. Learn more at:
https://www.hyatt.com/info/global-care-and-cleanliness-commitment

## A home office like no other



Take advantage of Office for the Day and enjoy private use of guest room from 7 a.m. to 7 p.m. including items such as premium Wi-fi, dining discounts, access to the hotel gym and more.

Learn more

## Manage your Stay

We look forward to welcoming you to our hotel. Please let us know if there is anything we can do to help you make the most of your time away.

✏ Modify Reservation

➕ Add Reservation

✖ Cancel Reservation

❓ Customer Service

**Contact us any time you need**

**Connect on any device**





FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

## Share your points or awards



For a great gift or an easy way to plan a vacation, you can share your points or eligible awards including Free Nights, Points + Cash and select room upgrades with any World of Hyatt member.

Learn more

## Start Planning



**Get to know your Hotel**

## The Great Relocate



Gather your work and your people and book a month-or-more stay at a participating Hyatt hotel across Europe, the Middle East, Africa and India.

Explore more

## Reservation Details

**Guest Name:** CARMIT ARCHIBALD

**Number of Adults:** 1

**Number of Children:** 2

**Room(s) Booked:** 1

**Room Type:** 1 KING BED

**Room Description:**
King Room: 527 sq ft: Private Terrace Spa inspired bathroom with rain shower

**Nightly Rate per Room:**
April 6 - April 12 - *C* US DOLLARS

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**Type of Rate:** STANDARD ROOM FREE NIGHT

**Rate Information:** Eligible for Tier only

**Additional Tax, Fees and Service Charges:**

**VALUE ADDED TAX:** 10.000%
**ISL ENHNCMNT TAX:** 2.000%
**SERVICE CHARGE:** 12.000%
**RESORT FEES:** 50.00

## CANCELLATION POLICY:
14 DAYS PRIOR OR 1NT FEE: 1NT DPST AT BOOKING

*Reservations confirmed or changed by World of Hyatt Explorist or Globalist members can be cancelled until 11:59 pm the day before arrival, when the hotel's cancellation period stated above is not more than 48 hours. This 24-hour cancellation period benefit is not valid for stays at Hyatt Residence Club or Miraval resorts. It also does not apply: (i) to prepaid or non-refundable rates; (ii) when the cancellation period stated above is more than 48 hours; or (iii) for reservations booked at corporate negotiated or group contract rates. This benefit is based on a member's tier status at the time of cancellation. The cancellation windows are based on the hotel's local time.*

*Changes to the dates of stay, number of guests per room or number of rooms confirmed will be subject to current pricing which may be different than previously confirmed rates. Taxes and fees are subject to change based on dates of stay and local jurisdiction.*

*Earning World of Hyatt points and tier credit is subject to World of Hyatt complete Terms and Conditions.*

Upgrade your office view



Transform your work-from-home routine into a memorable working vacation with Work from Hyatt.

Learn more

Stay In Touch

    

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024



---

**TIMELESS COLLECTION**

---

PARK HYATT    GRAND HYATT     HYATT REGENCY    HYATT

HRC HYATT RESIDENCE CLUB    HYATT PLACE    HYATT house    Ur Cove by HYATT 逸扉酒店

---

**BOUNDLESS COLLECTION**

---

MIRAVAL    ALILA    ANDAZ    THOMPSON HOTELS

 HYATT CENTRIC    Caption BY HYATT

---

**INDEPENDENT COLLECTION**

---

 THE UNBOUND COLLECTION BY HYATT    DESTINATION BY HYATT    JdV BY HYATT

---

**INCLUSIVE COLLECTION**

---

HYATT ZIVA    HYATT ZILARA    ZOËTRY WELLNESS & SPA RESORTS    SECRETS Resorts & Spas

breathless RESORTS & SPAS    DREAMS Resorts & Spas    HYATT vivid HOTELS & RESORTS    ALUA

SUNSCAPE RESORTS & SPAS

*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

In the interests of your privacy and cyber security safety we ask that you do not send your credit card details in any written correspondence to this office. Please call us with those details here.

You're receiving this message because you have provided your email to receive communications from Hyatt. For details on our privacy policies, please visit privacy.hyatt.com.

If you have questions or comments regarding this email, please contact us at consumeraffairs@hyatt.com.

As used in this Statement, the terms "we", "our", "Hyatt" and "Hyatt Hotels & Resorts®" encompass hotels operated,

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

managed, franchised, owned, leased, developed, or licensed or provided services by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt®, Hyatt Hotels & Resorts™, World of Hyatt®, Park Hyatt®, Miraval®, Grand Hyatt®, Alila®, Andaz®, The Unbound Collection by Hyatt®, JdV by Hyatt™, Destination by Hyatt™, Hyatt Regency®, Hyatt Ziva™, Hyatt Zilara™, Thompson Hotels®, Hyatt Centric®, Caption by Hyatt, Hyatt House®, Hyatt Place®, Hyatt Residence Club®, and related marks are trademarks of Hyatt Corporation or its affiliates.

©2022 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**From:** **Charles, Aquila (SKBPH)** aquila.charles@hyatt.com  📎
**Subject:** Farewell-Please Review Your Folio
**Date:** April 12, 2023 at 8:52 PM
**To:** sterenc@hotmail.com
**Cc:** Elliott, TShanda (SKBPH) tshanda.elliott@hyatt.com, Elliott, Oral (SKBPH) oral.elliott@hyatt.com, Watson, Shavel (SKBPH)
shavel.watson@hyatt.com, Williams, Sheba (SKBPH) sheba.williams@hyatt.com, Hamilton, Soan (SKBPH)
soan.hamilton@hyatt.com, Crossman, Safiya (SKBPH) safiya.crossman@hyatt.com, Jones, Shashamane (SKBPH)
shashamane.jones@hyatt.com, Kieu, Tee (SKBPH) Tee.Kieu@hyatt.com

Good evening Ms. Archibald,

Warm Greetings from the Front Office Team.

We are truly happy that you chose Park Hyatt, St. Kitts for your vacation, we trust that you had an enjoyable stay.

It is too soon to say goodbye, however we look forward to welcoming you back again in the near future. In preparation of your departure tomorrow, we are delighted to provide you with your guest room bill as of 8:52pm today. Please feel free to contact us should you have any questions or queries on your bill.

In our continuous efforts to provide a seamless departure experience, our contactless checkout is available and we encourage you to check out online via the Hyatt app, otherwise you can visit our Front Desk. Please feel free to contact us at Guest Services by dialing (0) if you have any questions.

We would be delighted to provide luggage assistance between 11:30am and 11:45am for your departure 12:00pm.

We want to know about your stay with us and so we ask that you kindly complete the generated survey after you have checked out to provide us with feedback. Thank you in advance.

Thank you for choosing Park Hyatt, St. Kitts and thank you for your loyalty to World of Hyatt.

Do have a safe onward journey.

Wishing you all the best for your future endeavors !


Warm regards,

Aquila Charles
*Resort host*

_____

Park Hyatt St. Kitts Christophe Harbour
1 Banana Bay, PO Box 1073, Basseterre, St. Kitts, St. Kitts & Nevis, KN7000
T. + 1 869 468 1234   D. + 1 869 467 xxxx   C. +1 869 xxx xxxx
aquila.charles@hyatt.com
parkhyattstkitts.com



FOLLOW US ON:  Instagram  |  Facebook

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

2023 Award - U.S News and World Report - Best Hotels in the Caribbean
2022 Award - World Culinary Awards – Caribbean's Best Fine Dining Hotel Restaurant - Stone Barn Restaurant
2022 Award - Condé Nast Traveler Readers' Choice Award – Top 40 Resorts in the Caribbean Islands
2022 Award - Forbes Travel Guide Star Award
2022 Award - TripAdvisor Traveler's Choice Award
2020 Award - TripAdvisor Traveler's Choice Award
2020 Award - U.S. News & World Report Awards
2019 Award - Travel + Leisure – World's Best Award. Top Caribbean Hotels

MS Carmit          MS Carmit
Archib...01.pdf    Archibald.pdf
                   18 KB

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**From:** Hyatt Hotels no-reply@t1.hpe-esp.hyatt.com
**Subject:** Park Hyatt St. Kitts Christophe Harbour - Change - CARMIT ARCHIBALD - 06-Apr-2023 - 12596560
**Date:** November 17, 2022 at 9:21 AM
**To:** STERENC@hotmail.com STERENC@HOTMAIL.COM



Your reservation has changed

Customer Service

# PARK HYATT™

## Reservation Changed
Membership #: *****315T

## Confirmation Number: #12596560

### Park Hyatt St. Kitts Christophe Harbour

📍 Banana Bay, South East Peninsula,
Parish of St. George
St. Kitts, KN7000, KN

📞 +1 869 468 1234

### Check-In
**Date:** Thursday, 06-Apr-2023
**Time:** 04:00 PM

### Checkout
**Date:** Thursday, 13-Apr-2023
**Time:** 12:00 PM

### COVID-19 Travel Update & Precautionary Measures

**Hotel Services & Facilities** – May be impacted in light of COVID-19. For more information, please contact the hotel directly or visit our property website.

**Face Coverings** – May be required in hotel indoor public areas and when moving around in outdoor areas, based on local or national mandates or guidance. For more information, please contact the hotel directly.

**Hyatt's Global Care & Cleanliness Commitment** – Focuses on the safety and wellbeing of our guests and colleagues, and we've enhanced existing rigorous safety and cleanliness protocols. Learn more at:

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

and cleanliness protocols. Learn more at.
https://www.hyatt.com/info/global-care-and-cleanliness-commitment

## Manage your Stay

We look forward to welcoming you to our hotel. Please let us know if there is anything we can do to help you make the most of your time away.

 **Modify Reservation**

 **Cancel Reservation**

**Add Reservation**

**Customer Service**

**Contact us any time you need**

 

**Connect on any device**

 

## Upgrade your stay with points



Treat yourself, your family or your friends to upgraded accommodations starting at just 3,000 points per night. From Club access to Premium Suites, the choice is yours.

Learn more

## Start Planning



**Get to know your Hotel**

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM    INDEX NO. 153296/2024
NYSCEF DOC. NO. 3                                        RECEIVED NYSCEF: 04/09/2024

## Reservation Details

**Guest Name:** CARMIT ARCHIBALD

**Number of Adults:** 1

**Number of Children:** 1

**Room(s) Booked:** 1

**Room Type:** 2 QN BEACHSIDE

**Room Description:**
2 Queens:Beach View:527 sqft:Private Terrace Spa inspired bathroom with rain shower

**Nightly Rate per Room:**
April 6 - April 12 - *C* US DOLLARS

**Type of Rate:** STANDARD ROOM FREE NIGHT

**Rate Information:**Eligible for Tier only

**Additional Tax, Fees and Service Charges:**

   **VALUE ADDED TAX:** 10.000%
   **ISL ENHNCMNT TAX:** 2.000%
   **SERVICE CHARGE:** 12.000%
   **RESORT FEES:** 50.00

**Preferences and Policies:** EARLY CHECK-IN REQUESTED
Your preferences have been submitted and are subject to hotel availability.

## CANCELLATION POLICY:
14 DAYS PRIOR OR 1NT FEE: 1NT DPST AT BOOKING

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

*Reservations confirmed or changed by World of Hyatt Explorist or Globalist members can be cancelled until 11:59 pm the day before arrival, when the hotel's cancellation period stated above is not more than 48 hours. This 24-hour cancellation period benefit is not valid for stays at Hyatt Residence Club or Miraval resorts. It also does not apply: (i) to prepaid or non-refundable rates; (ii) when the cancellation period stated above is more than 48 hours; or (iii) for reservations booked at corporate negotiated or group contract rates. This benefit is based on a member's tier status at the time of cancellation. The cancellation windows are based on the hotel's local time.*

*Changes to the dates of stay, number of guests per room or number of rooms confirmed will be subject to current pricing which may be different than previously confirmed rates. Taxes and fees are subject to change based on dates of stay and local jurisdiction.*

*Earning World of Hyatt points and tier credit is subject to World of Hyatt complete Terms and Conditions.*

## A home office like no other



Take advantage of Office for the Day and enjoy private use of guest room from 7 a.m. to 7 p.m. including items such as premium Wi-fi, dining discounts, access to the hotel gym and more.

Learn more

## Share your points or awards



For a great gift or an easy way to plan a vacation, you can share your points or eligible awards including Free Nights, Points + Cash and select room upgrades with any World of Hyatt member.

Learn more

## Upgrade your office view



Transform your work-from-home routine into a memorable working vacation with Work from Hyatt.

Learn more



Learn more

## Lock in savings. Unlock the possibilities.



Get up to 20% off stays through April 30, 2023, when you book by November 30, 2022. Choose from 950+ participating hotels.

Learn more

Stay In Touch

    



### TIMELESS COLLECTION

PARK HYATT®    GRAND HYATT    HYATT REGENCY    HYATT

HRC HYATT RESIDENCE CLUB    HYATT PLACE    HYATT house    Ur Cove by HYATT 逸扉酒店

### BOUNDLESS COLLECTION

MIRAVAL    ALiLA    ANdAZ.    THOMPSON HOTELS

HYATT CENTRIC    Caption BY HYATT

### INDEPENDENT COLLECTION

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

  

**———— INCLUSIVE COLLECTION ————**

   

   



*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

In the interests of your privacy and cyber security safety we ask that you do not send your credit card details in any written correspondence to this office. Please call us with those details here.

You're receiving this message because you have provided your email to receive communications from Hyatt. For details on our privacy policies, please visit privacy.hyatt.com.

If you have questions or comments regarding this email, please contact us at consumeraffairs@hyatt.com.

As used in this Statement, the terms "we", "our", "Hyatt" and "Hyatt Hotels & Resorts®" encompass hotels operated, managed, franchised, owned, leased, developed, or licensed or provided services by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt®, Hyatt Hotels & Resorts™, World of Hyatt®, Park Hyatt®, Miraval®, Grand Hyatt®, Alila®, Andaz®, The Unbound Collection by Hyatt®, JdV by Hyatt™, Destination by Hyatt™, Hyatt Regency®, Hyatt Ziva™, Hyatt Zilara™, Thompson Hotels®, Hyatt Centric®, Caption by Hyatt, Hyatt House®, Hyatt Place®, Hyatt Residence Club®, and related marks are trademarks of Hyatt Corporation or its affiliates.

©2022 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024



From: **Hyatt Hotels** no-reply@t1.hpe-esp.hyatt.com
Subject: **Thank you - Express Checkout is now available.**
Date: April 13, 2023 at 2:24 AM
To: sterenc@hotmail.com

Carmit, Thank you for choosing Hyatt.                    **Customer Service**

**PARK HYATT™**

## Express Checkout

### Carmit Archibald
### Confirmation Number: #141860

## Park Hyatt St. Kitts Christophe Harbour

Hello,

Express Checkout is now available for your stay. You are able to bypass the front desk and receive your bill via email.

**Checkout Now**

Thank you for choosing Park Hyatt St. Kitts Christophe Harbour

## About Your Stay

 Banana Bay, South East Peninsula, Parish of St. George
St. Kitts, KN7000, Saint Kitts and Nevis

 +1 869 468 1234

### Check-In
**Date:** Thursday, Apr 6, 2023
**Time:** 04:00 PM

### Checkout
**Date:** Thursday, Apr 13, 2023
**Time:** 12:00 PM

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

## Discover special offers



Explore ways to get away, save, and benefit more as a World of Hyatt member at Hyatt hotels and resorts worldwide.

View offers

Stay In Touch

    



WORLD OF HYATT.

———————— TIMELESS COLLECTION ————————

PARK HYATT®   GRAND HYATT   HYATT REGENCY   HYATT

HRC HYATT RESIDENCE CLUB   HYATT PLACE   HYATT house   UrCove by HYATT 逸扉酒店

———————— BOUNDLESS COLLECTION ————————

MIRAVAL.   ALiLA.   ANdAZ.   THOMPSON HOTELS

HYATT CENTRIC   Caption BY HYATT

———————— INDEPENDENT COLLECTION ————————

  

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

 

### INCLUSIVE COLLECTION

   

   



*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

We respect your privacy and will only use your information in accordance with our Global Privacy Policy, available at privacy.hyatt.com. If you have questions or comments regarding this email, please contact us at consumeraffairs@hyatt.com. You have a right to access, to rectify and to object for legitimate reasons to the processing of your data in accordance with our Global Privacy Policy.

As used in this statement, the terms "we," "our," Hyatt" and "Hyatt Hotels & Resorts" encompass hotels managed, franchised or leased by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt, Hyatt Hotels & Resorts, Park Hyatt, Grand Hyatt, Hyatt Regency, Andaz, Hyatt Centric, The Unbound Collection by Hyatt, Hyatt Place, Hyatt House, Hyatt Ziva, Hyatt Zilara, World of Hyatt, Hyatt Residence Club and related marks are trademarks of Hyatt Corporation or its affiliates.

©2023 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**From:** SKBPH-no-reply@hyatt.com
**Subject:** Bill from your recent stay at Park Hyatt St. Kitts Christophe Harbour
**Date:** April 13, 2023 at 12:29 PM
**To:** sterenc@hotmail.com

Dear Carmit Archibald,

Thank you for choosing Park Hyatt St. Kitts Christophe Harbour. It was our pleasure to serve you. Per your request, please find the attached e-bill for your stay from 04-06-2023 to 04-13-2023. Should your future travel plans bring you back to our area, we hope you consider our property for your accommodations.

Best Regards,
Park Hyatt St. Kitts Christophe Harbour

You are receiving this message because you provided your email address in order to receive messages regarding a transaction with Hyatt. Because Hyatt considers the privacy and confidentiality of your information important, we use your information in accordance with the Hyatt Privacy Policy (located at http://protect-us.mimecast.com/s/pbm0C5yxG4tnGwxZCzj4Uw?domain=privacy.hyatt.com) SKBPH



Park Hyatt St. Kitts Christophe Harbour
Banana Bay, South East Peninsula
Parish of St. George, St. Kitts and Nevis
Tel. 1 869 468 1234

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

**From:** Hyatt Hotels  no-reply@t1.hpe-esp.hyatt.com
**Subject:** Park Hyatt St. Kitts Christophe Harbour - Change - CARMIT ARCHIBALD - 06-Apr-2023 - 8172170
**Date:** December 21, 2022 at 12:47 PM
**To:** STERENC@hotmail.com STERENC@HOTMAIL.COM



Your reservation has changed                                        **Customer Service**

# PARK HYATT™

## Reservation Changed
Membership #: ******315T

## Confirmation Number: #8172170

## Park Hyatt St. Kitts Christophe Harbour

📍 Banana Bay, South East Peninsula, Parish of St. George
St. Kitts, KN7000, KN

📞 +1 869 468 1234

### Check-In
**Date:** Thursday, 06-Apr-2023
**Time:** 04:00 PM

### Checkout
**Date:** Thursday, 13-Apr-2023
**Time:** 12:00 PM

## COVID-19 Travel Update & Precautionary Measures

**Hotel Services & Facilities** – May be impacted in light of COVID-19. For more information, please contact the hotel directly or visit our property website.

**Face Coverings** – May be required in hotel indoor public areas and when moving around in outdoor areas, based on local or national mandates or guidance. For more information, please contact the hotel directly.

**Hyatt's Global Care & Cleanliness Commitment** – Focuses on the safety and wellbeing of our guests and colleagues, and we've enhanced existing rigorous safety and cleanliness protocols. Learn more at:

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

and cleanliness protocols. Learn more at:
https://www.hyatt.com/info/global-care-and-cleanliness-commitment

## Manage your Stay

We look forward to welcoming you to our hotel. Please let us know if there is anything we can do to help you make the most of your time away.

 **Modify Reservation**       **Add Reservation**

 **Cancel Reservation**       **Customer Service**

**Contact us any time you need**

   

**Connect on any device**

   

## Join the Hyatt family



If you or someone you know is looking for rewarding career opportunities, find your place with Hyatt. As an award-winning global hospitality company, we turn trips into journeys, encounters into experiences, and jobs into careers.

Learn more

## Start Planning



**Get to know your Hotel**

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

## Reservation Details

**Guest Name:** CARMIT ARCHIBALD

**Number of Adults:** 1

**Number of Children:** 2

**Room(s) Booked:** 1

**Room Type:** 1 KING BED

**Room Description:**
King Room: 527 sq ft: Private Terrace Spa inspired bathroom with rain shower

**Nightly Rate per Room:**
April 6 - April 12 - *C* US DOLLARS

**Type of Rate:** STANDARD ROOM FREE NIGHT

**Rate Information:** Eligible for Tier only

**Additional Tax, Fees and Service Charges:**

**VALUE ADDED TAX:** 10.000%
**ISL ENHNCMNT TAX:** 2.000%
**SERVICE CHARGE:** 12.000%
**RESORT FEES:** 50.00

## CANCELLATION POLICY:
14 DAYS PRIOR OR 1NT FEE: 1NT DPST AT BOOKING

*Reservations confirmed or changed by World of Hyatt Explorist or Globalist members can be cancelled until 11:59 pm the day before arrival, when the hotel's cancellation period stated above is not more than 48 hours. This 24-hour cancellation period benefit is not valid for stays at Hyatt Residence Club or Miraval resorts. It also does not apply: (i) to prepaid or non-refundable rates; (ii) when the cancellation period stated above is more than 48 hours; or (iii) for reservations booked at*

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

*corporate negotiated or group contract rates. This benefit is based on a member's tier status at the time of cancellation. The cancellation windows are based on the hotel's local time.*

*Changes to the dates of stay, number of guests per room or number of rooms confirmed will be subject to current pricing which may be different than previously confirmed rates. Taxes and fees are subject to change based on dates of stay and local jurisdiction.*

*Earning World of Hyatt points and tier credit is subject to World of Hyatt complete Terms and Conditions.*

## Make joyful memories



Family Favorites Stories are a curated collection of hotels and resorts where features like water parks and outdoor movies are just a hop, skip, and jump-for-joy away.

Explore more

## Places less traveled, for a life well lived



Off the Beaten Path Stories are a curated collection of hotels and resorts where crowds disappear and untapped emotions run free.

Explore more

## You deserve to be pampered



Hot stone massage? Breakfast in bed? Use your points to enjoy countless dining and spa experiences at participating locations worldwide – even when you're not spending the night.

Learn more

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

## Journeys of self-discovery



Solo Trips Stories are a curated collection of hotels and resorts offering experiences and accommodations in destinations as unique and inspiring as you are.

Explore more

Stay In Touch

    



WORLD OF HYATT

—— TIMELESS COLLECTION ——

 GRAND HYATT  HYATT REGENCY  HYATT

HRC HYATT RESIDENCE CLUB  HYATT PLACE  HYATT house  Ur Cove by HYATT 逸扉酒店

—— BOUNDLESS COLLECTION ——

MIRAVAL  ALiLA  ANdAZ  THOMPSON HOTELS

HYATT CENTRIC  Caption BY HYATT

—— INDEPENDENT COLLECTION ——

THE UNBOUND COLLECTION BY HYATT  DESTINATION BY HYATT  JdV BY HYATT

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

———————— **INCLUSIVE COLLECTION** ————————

   

   



*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

In the interests of your privacy and cyber security safety we ask that you do not send your credit card details in any written correspondence to this office. Please call us with those details here.

You're receiving this message because you have provided your email to receive communications from Hyatt. For details on our privacy policies, please visit privacy.hyatt.com.

If you have questions or comments regarding this email, please contact us at <u>consumeraffairs@hyatt.com</u>.

As used in this Statement, the terms "we", "our", "Hyatt" and "Hyatt Hotels & Resorts®" encompass hotels operated, managed, franchised, owned, leased, developed, or licensed or provided services by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt®, Hyatt Hotels & Resorts™, World of Hyatt®, Park Hyatt®, Miraval®, Grand Hyatt®, Alila®, Andaz®, The Unbound Collection by Hyatt®, JdV by Hyatt™, Destination by Hyatt™, Hyatt Regency®, Hyatt Ziva™, Hyatt Zilara™, Thompson Hotels®, Hyatt Centric®, Caption by Hyatt, Hyatt House®, Hyatt Place®, Hyatt Residence Club®, and related marks are trademarks of Hyatt Corporation or its affiliates.

©2022 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

From: **Hyatt Hotels** no-reply@t1.hpe-esp.hyatt.com
Subject: Park Hyatt St. Kitts Christophe Harbour - Change - CARMIT ARCHIBALD - 06-Apr-2023 - 12596560
Date: December 21, 2022 at 12:49 PM
To: STERENC@hotmail.com STERENC@HOTMAIL.COM



Your reservation has changed

**Customer Service**

# PARK HYATT™

## Reservation Changed
Membership #: ******315T

## Confirmation Number: #12596560

## Park Hyatt St. Kitts Christophe Harbour

📍 Banana Bay, South East Peninsula,
Parish of St. George
St. Kitts, KN7000, KN

📞 +1 869 468 1234

### Check-In
**Date:** Thursday, 06-Apr-2023
**Time:** 04:00 PM

### Checkout
**Date:** Thursday, 13-Apr-2023
**Time:** 12:00 PM

## COVID-19 Travel Update & Precautionary Measures

**Hotel Services & Facilities** – May be impacted in light of COVID-19. For more information, please contact the hotel directly or visit our property website.

**Face Coverings** – May be required in hotel indoor public areas and when moving around in outdoor areas, based on local or national mandates or guidance. For more information, please contact the hotel directly.

**Hyatt's Global Care & Cleanliness Commitment** – Focuses on the safety and wellbeing of our guests and colleagues, and we've enhanced existing rigorous safety and cleanliness protocols. Learn more at:

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

and cleanliness protocols. Learn more at:
https://www.hyatt.com/info/global-care-and-cleanliness-commitment

## Manage your Stay

We look forward to welcoming you to our hotel. Please let us know if there is anything we can do to help you make the most of your time away.

 **Modify Reservation**      **Add Reservation**

 **Cancel Reservation**      **Customer Service**

**Contact us any time you need**          **Connect on any device**

              

## Purchase Points to get away



Embrace your love of travel and reward yourself by buying Bonus Points that you can use toward free nights, spa treatments, luxury upgrades and more. 1,000 points start at just $24 USD.

Learn more

## Start Planning



**Get to know your Hotel**

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM   INDEX NO. 153296/2024
NYSCEF DOC. NO. 3                                      RECEIVED NYSCEF: 04/09/2024

## Reservation Details

**Guest Name:**  CARMIT ARCHIBALD

**Number of Adults:** 1

**Number of Children:** 1

**Room(s) Booked:** 1

**Room Type:** 2 QN BEACHSIDE

**Room Description:**
2 Queens:Beach View:527 sqft:Private Terrace Spa inspired bathroom with rain shower

**Nightly Rate per Room:**
April 6 - April 12 - *C* US DOLLARS

**Type of Rate:** STANDARD ROOM FREE NIGHT

**Rate Information:**Eligible for Tier only

**Additional Tax, Fees and Service Charges:**

**VALUE ADDED TAX:** 10.000%
**ISL ENHNCMNT TAX:** 2.000%
**SERVICE CHARGE:** 12.000%
**RESORT FEES:** 50.00

**Preferences and Policies:** EARLY CHECK-IN REQUESTED
Your preferences have been submitted and are subject to hotel availability.

## CANCELLATION POLICY:
14 DAYS PRIOR OR 1NT FEE: 1NT DPST AT BOOKING

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

*Reservations confirmed or changed by World of Hyatt Explorist or Globalist members can be cancelled until 11:59 pm the day before arrival, when the hotel's cancellation period stated above is not more than 48 hours. This 24-hour cancellation period benefit is not valid for stays at Hyatt Residence Club or Miraval resorts. It also does not apply: (i) to prepaid or non-refundable rates; (ii) when the cancellation period stated above is more than 48 hours; or (iii) for reservations booked at corporate negotiated or group contract rates. This benefit is based on a member's tier status at the time of cancellation. The cancellation windows are based on the hotel's local time.*

*Changes to the dates of stay, number of guests per room or number of rooms confirmed will be subject to current pricing which may be different than previously confirmed rates. Taxes and fees are subject to change based on dates of stay and local jurisdiction.*

*Earning World of Hyatt points and tier credit is subject to World of Hyatt complete Terms and Conditions.*

## The Great Relocate



Gather your work and your people and book a month-or-more stay at a participating Hyatt hotel across Europe, the Middle East, Africa and India.

Explore more

## Let your "I do" earn you more



When you celebrate your wedding at a participating Hyatt hotel through December 31, 2024, you can earn points to use toward free nights for your honeymoon.

Learn more

## Relax and conquer



Wellness Retreats Stories are a curated collection of hotels and resorts where you are free to indulge in activities designed to calm the mind, fuel the body and center your life.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 3

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024



Explore more

## Moments of historic proportions



Situated in the world's most storied locales, Masterpieces Stories are a curated collection of hotels that provide extraordinary backdrops for unforgettable experiences.

Explore more

Stay In Touch

    



──── TIMELESS COLLECTION ────

PARK HYATT®   GRAND HYATT   HYATT REGENCY   HYATT

HRC HYATT RESIDENCE CLUB   HYATT PLACE®   HYATT house®   Ur Cove by HYATT 逸扉酒店

──── BOUNDLESS COLLECTION ────

MIRAVAL   ALiLA   ANdAZ.   THOMPSON HOTELS

HYATT CENTRIC®   Caption BY HYATT

──── INDEPENDENT COLLECTION ────





FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 3

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

 

─────── **INCLUSIVE COLLECTION** ───────

   

   



*Resorts are joining World of Hyatt in phases. Learn more at hyatt.com/new.

In the interests of your privacy and cyber security safety we ask that you do not send your credit card details in any written correspondence to this office. Please call us with those details here.

You're receiving this message because you have provided your email to receive communications from Hyatt. For details on our privacy policies, please visit privacy.hyatt.com.

If you have questions or comments regarding this email, please contact us at consumeraffairs@hyatt.com.

As used in this Statement, the terms "we", "our", "Hyatt" and "Hyatt Hotels & Resorts®" encompass hotels operated, managed, franchised, owned, leased, developed, or licensed or provided services by subsidiaries and affiliates of Hyatt Hotels Corporation. The trademarks Hyatt®, Hyatt Hotels & Resorts™, World of Hyatt®, Park Hyatt®, Miraval®, Grand Hyatt®, Alila®, Andaz®, The Unbound Collection by Hyatt®, JdV by Hyatt™, Destination by Hyatt™, Hyatt Regency®, Hyatt Ziva™, Hyatt Zilara™, Thompson Hotels®, Hyatt Centric®, Caption by Hyatt, Hyatt House®, Hyatt Place®, Hyatt Residence Club®, and related marks are trademarks of Hyatt Corporation or its affiliates.

©2022 Hyatt Corporation. All rights reserved.

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 4

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

# Exhibit C

FILED: NEW YORK COUNTY CLE

NYSCEF RECEIVED NYSCEF: 04/09/2024

Banana Bay Boutique
Park Hyatt, Christophe Harbour
South East Peninsula
St. Kitts

#Q11894          Martina
DATE: 09-Apr-23     TIME: 02:39 PM

Yth Basic UPF 50+Sunshirt
O'neill 3422 009 12 $52
    1.00      @      52.00                    52.00

                        SUBTOTAL      52.00
                        TAX EXEMPT     0.00
                             VAT       0.00

                           TOTAL      52.00

                            VISA      52.00
                          CHANGE       0.00

       SORRY, NO RETURNS ON SWIMWEAR
              THANK YOU!

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 5

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# Exhibit D

# PARK HYATT
# ST. KITTS
## CONCIERGE GUIDE

Park Hyatt St. Kitts' Concierge Team are sophisticated local ambassadors who celebrate their destination by sharing their knowledge and creating personalized experiences for our guests. Take a moment to discover our curated guide of activities and experiences tailored to provide a memorable stay in paradise.

## RESTAURANTS



**GREAT HOUSE**
Reflective of a grand colonial home, Great House offers all-day dining, a rum bar, chef's table and a conservatory serving afternoon tea and Fleming's Bar.
*Breakfast | Lunch | Dinner*

**FISHERMAN'S VILLAGE**
Enjoy ocean-to-table dining for lunch and dinner in a casual setting. Designed to reflect the huts and berths that once lined the St. Kitts coastline, this is the place to enjoy stunning ocean views paired with an eclectic menu of local inspired dishes and freshly caught seafood.
*Lunch | Dinner*



**STONE BARN**
Stone Barn provides an adult-only intimate dining experience with a tasting menu and an extensive wine list. Open for dinner only.
*Dinner Only*



**POOL BAR**
Casual light fare and signature cocktails available while you enjoy the Lagoon Pool, Rampart Pool beach or private cabanas.

**IN-ROOM DINING**
For your dining pleasure, in room service is available.
*All Day Dining*



For menus, please click here.

Reservations are required in advance. Please contact skbph-concierge@hyatt.com to create your itinerary.

1



# CULINARY EXPERIENCES



### DESTINATION DINING
Destination Dining is an exclusive culinary experience reflecting our passion for the finest in food and wine.  Enjoy this curated experience in Rampart Waterfall Cabana or under the magical starlit sky on Great House deck overlooking Banana Bay or one of our Chef's tables in Great House or Fisherman's Village.
*Dinner Only*
*Reservations Required  72 hours in advance*

### AFTERNOON TEA
Enjoy a traditional afternoon tea with a world class selection of teas, petit fours and sandwiches in Great House.
*Reservations Required  72 hours in advance*



Learn more here.

# POOL & BEACH

Enjoy direct beach access and two swimming pools:  Lagoon Pool where families and friends can unite, and the elevated adults-only Rampart Pool overlooking the resort.
*Daily | 10am  to sunset*



### CABANAS
Lounge in the comfort of your own private cabana next to the Lagoon Pool.  Cabana rentals include a fully stocked beverage cooler of sodas and water.  Packages are available which include one fruit platter, one order of chips & dip and two cocktails.

### DAY LOUNGERS
Settle into a day lounger by the Rampart Pool or beach in a cozy clamshell perfect for two.  Rentals include a fully stocked beverage cooler of sodas and water, one order of chips & dip and two fresh coconuts.



2





**FANE'S BEACH BAR**
Fane's Beach Bar is the spot on the beach to enjoy a refreshing gelato, sorbet or smoothie. Infused with fresh ingredients sourced locally, each offering highlights flavors native to the culture of St. Kitts and Nevis. Relish tasty local delights while enjoying the tropical breezes and ocean views.
*Daily | 11am to sunset*

**RECREATION HUT**
Spend your day on the water with complimentary watersports offered at the Recreation Hut on the beach. Enjoy snorkeling, paddle boarding or kayaking along the coast of Banana Bay with spectacular views of neighboring island Nevis on the horizon.



# SUGAR MILL SPA & SANCTUARY

Inspired by the rich history of St. Kitts, our luxurious spa treatments are infused with the healing power of the Caribbean's flora and fauna, and are crafted to rejuvenate and relax your body, mind and soul. Prepare to be transported to your personal oasis.

Retreat to the spa and enjoy the amenities: sauna, steam room and heated plunge pools.



The spa also offers a Hair & Nail Salon, wellness activities like Hatha Yoga and Sound Healing, and a 24-hour Fitness Center.

To book your spa services and activities, contact spa.parkhyattstkitts@hyatt.com or dial 4840 from your room phone.

Treatment Menu





# RESORT ACTIVITIES

Our beachfront resort location lends itself to a multitude of activities. Enjoy non-motorized water and land activities to enrich your experience.



S'mores Bonfire Night
Movie Nights
Rum Tasting
Cooking Demonstration
Paddleboard
Kayaking
Snorkeling
Lawn Games

* Candle Making
* Steelpan Lessons
* Star Gazing
* Clayful Artistry
* Master of Mixology
* Paint and Sip
* Wine Tasting
* Dance
* Bingo



*Denotes a paid activity. Please note activities are subject to change without notice.*

# ISLAND FORT BY CAMP HYATT



Offering an array of fun activities for potty-trained children ages 3 – 12, Island Fort by Camp Hyatt ignites our littlest guests' creativity and keeps them engaged throughout their stay with morning and afternoon sessions.

Babysitting services are also available upon request for children ages 1 – 12 years old.  Reservations are required 24 hours in advance. Please contact our Concierge team for reservations and pricing. Two-hour minimum booking required.



Reservations are required in advance.  Please contact skbph-concierge@hyatt.com to create your itinerary.

4

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM
NYSCEF DOC. NO. 5

INDEX NO. 153296/2024
RECEIVED NYSCEF: 04/09/2024

# JET SKI GETAWAY

History, exploration and excitement are wrapped in one on this fun-filled jet ski tour along the coast of St. Kitts.

Learn more  here.



# EXCURSIONS

Enjoy and explore our beautiful destination through these unique experiences and activities especially designed with our guest in mind.



**ADVENTURE**
Jungle Bikes ATV Tours
Spectrum ATV Tours
Fun in the Saddle – Horseback Riding
Sky Safari Zipline

**HISTORY**
St. Kitts Scenic Railway
Best of St. Kitts Tour
Caribelle Batik at Romney Manor
Old Road Rum – Distillery & Rum Tasting



**NATURE**
Liamuiga Natural Farms
Mount Liamuiga Volcano Hike
Rainforest Hike
Island Buzz Tours

**SEA**
Dolphin Park St. Kitts – Swim with Dolphins
Black Fin Charters – Deep Sea Fishing
Islander Watersports - Scuba Diving
Pro Divers St. Kitts - Scuba Diving
Kenneth's Dive Center - Scuba Diving



Please contact our Concierge team for assistance with reservations at skbph-concierge@hyatt.com.
Please note additional cost may apply for land or water transfers.

5

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 5

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# EXCURSIONS

**CATAMARANS**
St. Kitts Luxury Yacht Charters
Blue Water Safaris
Leeward Islands Charters
Coastal View Charters
Sailing St. Kitts
Coconut Sails
Aquamax Adventures

**GOLF**
Royal Golf Club – St. Kitts





# DINE AROUND

For guests seeking to explore the local culinary scene, St. Kitts and Nevis offers a multitude of options ranging from casual to fine dining experiences.

For more information on each restaurant, please click to learn more.



**ST. KITTS**
Spice Mill
Shipwreck Beach Bar & Grill
Pavilion Beach Club
Carambola Beach Club
Rock Lobster
Marshall's Restaurant
The Strip
Serendipity Restaurant & Lounge Bar
Arthur's Restaurant & Bar



**NEVIS**
Banana Bistro
Yachtman's Grill
Sunshine's Bar & Grill
Indian Summer
Chrishi Beach Club
Lime Beach Bar
Drift Restaurant & Bar
Luna Restaurant & Tapas Bar

Reservations are required in advance.  Please contact skbph-concierge@hyatt.com to create your itinerary.

6



# A DAY IN NEVIS

## WATER TAXI TRANSFERS TO NEVIS

Escape to our neighboring sister island Nevis for a day of relaxation and exploration. A water taxi will transport you from the resort's Fisherman's Village pier to Nevis within ten minutes.

Private service and group rates are available.

To book your day trip to Nevis, contact our Concierge team.

## NEVIS SUN TOURS

Experience Nevis with specially crafted tours conceptualized by Nevis Sun Tours.

o   Alexander Hamilton History Tour
o   Village Food Tour
o   A Nevis Rum Tasting Experience
o   Cooking with Ras Iroy
o   Pottery at New Castle

Learn more here and contact our Concierge team to book.

## TRANSFER SCHEDULE

| QUALIE BEACH DEPARTURES | PARK HYATT DEPARTURES | REGGAE BEACH DEPARTURES |
|---|---|---|
| 6:00am | 6:08am | 6:15am |
| 6:45am | 6:50am | 7:00am |
| 8:00am | 8:08am | 8:15am |
| 9:30am | 9:38am | 9:45am |
| 11:00am | 11:20am | 11:15am |
| 12:30pm | 12:50am | 12:45pm |
| 1:30pm | - | 1:45pm |
| 2:00pm | 2:20pm | 2:15pm |
| 3:00pm | - | 3:15pm |
| 4:00pm | 4:20pm | 4:15pm |
| 5:00pm | 5:20pm | 5:15pm |
| 6:30pm | 6:50pm | 6:45pm |
| 7:15pm | - | 7:30pm |
| 8:15pm | 8:35pm | 8:30pm |
| 9:15pm | - | 9:30pm |
| 10:15pm | 10:35pm | 10:30pm |



7

# NEVIS EXCURSIONS

**ADVENTURE**
Queen City ATV Adventures
Nevis Equestrian Center - Horseback Riding
Explore Nevis Tour

**HISTORY**
Alexander Hamilton Island Tour
Discover Nevis Tour
Lime Boozy Tour
Charlestown Walking Tour
Village Food Tour

**NATURE**
Botanical Gardens of Nevis
Nevis Peak Volcano Hike
Montravers Hike
Island Buzz Tours
Nevis Hot Springs

**SEA**
Black Fin Charters – Deep Sea Fishing
Lime Beach Extravaganza – Beach Day
Nevis Sun Tours - Snorkeling

**CATAMARANS**
Nevis Yacht Charters

**GOLF**
Robert Trent Jones II Golf Course

# KRISTY'S TOP 10



*Guest Operations Manager*

1. Sugar Mill Spa & Sanctuary
2. Destination Dining
3. Deep Sea Fishing
4. Journeys Tour
5. ATV Adventures
6. Catamaran Cruise (full day, half day or sunset cruise)
7. Old Road Rum Tour and Tasting
8. Zipline with Sky Safari Tours
9. Hike in the Rainforest
10. A Day in Nevis



Please contact our Concierge team for assistance with reservations at skbph-concierge@hyatt.com.
Please note additional cost may apply for land or water transfers.



# KNOW BEFORE YOU GO

## GETTING AROUND

For the travelers who want the freedom to explore St. Kitts, there are several car rental companies to choose from:

o Thrifty Car Rental
o Hertz
o AVIS
o Bull's Eye Car Rentals

## ALL-INCLUSIVE PACKAGE

Enhance your stay at our resort with the All-Inclusive Package that can be added to your reservation prior to arriving or at check-in.

Discover the finest in dining and beverages from all of our restaurants and bars, including in-room dining.

Terms and conditions apply.  Learn more here and contact us for further assistance.

## SPECIAL OCCASSIONS

While with us you may be celebrating a special occasion or planning a surprise.  Our Concierge team will be happy to assist in creating a memorable experience whether it is a birthday, anniversary or engagement.

Contact our Concierge team for more information, and visit our partners at Dreamy Décor for inspiration on the possibilities.

## LUXURY ARRIVALS & TRANSPORTATION

Arrive into St. Kitts in luxury with preferred rates when you book the KayanJet private terminal experience with our Concierge team.

Learn more here.

Luxury transfers can also be arranged from the private or main terminals at Robert L. Bradshaw International Airport to the resort.  Contact our Concierge team to arrange.

For arrivals through the main terminal, taxis are available without pre-booking.





9



# RESORT MAP



FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM

NYSCEF DOC. NO. 6

INDEX NO. 153296/2024

RECEIVED NYSCEF: 04/09/2024

# Exhibit E

FILED: NEW YORK COUNTY CLERK 04/09/2024 10:57 PM    INDEX NO. 153296/2024
NYSCEF DOC. NO. 6    RECEIVED NYSCEF: 04/09/2024

PARK HYATT ST. KITTS⁰

CHRISTOPHE HARBOUR

April 13, 2023

Mr. Carmit Archibald
171 W 79th St.
Apt. 111
New York NY, 10024

Please note that on the 9th April 2023 Mr. ███████████ who stayed in Room# 1401/1402, reported that while playing he was struck by the aquatic pool basketball rim at the Lagoon Family Pool at Park Hyatt St. Kitts. ████████ reported that the basketball rim hit his face and caused a laceration. ████████ was taken to the nearby hospital by a resort personnel.

If you have any questions, please free to contact our Security Department at 808-468 1234, extension 4007

Thank you

Richard Elliott
General Manager

341

Z9

20240092

DOS 466 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

**Return Services Requested**



US POSTAGE ᴵᴹᴾ PITNEY BOWES

ZIP 12231   $ 014.25⁰
02  4W
0000390363 APR 22 2024



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**USPS CERTIFIED MAIL**



**USPS CERTIFIED MAIL**

9214 8969 0059 7936 5010 83

202404190062
UNITED STATES CORPORATION COMPANY
80 STATE STREET
ALBANY NY 12207, USA