UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *individually*,

*Plaintiffs*,

-against-

HYATT CORPORATION,

*Defendant*.

**RULE 7.1 STATEMENT**

-------------------------------------------------------------------------- x

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Corporation hereby discloses that its parent corporation is Hyatt Hotels Corporation, a publicly held company that trades under the symbol "H" on the New York Stock Exchange. No other publicly held company owns 10 percent or more of Hyatt Corporation's stock.

Dated: New York, New York
      May 15, 2024

                                         LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                         By:     */s/ Amneet Mand*
                                                    Amneet Mand, Esq.
                                                    *Attorneys for Defendant*
                                                    HYATT CORPORATION
                                                    77 Water Street, 2100
                                                    New York, New York 10001
                                                    Tel. No.: (212) 845-9006

To:    EVAN MILES GOLDBERG, PLLC
         Attorneys for Plaintiff
         Z.A., et al.
         400 East 57th Street, Ste. 4M
         New York, NY 10022
         Tel: 212-888-6497
         egoldberg@emglawfirm.com

140356439.1