UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural
Guardians, CARMIT ARCHIBALD and GEORGES
ARCHIBALD, and CARMIT ARCHIBALD, *Individually,*

        *Plaintiff(s),*

  -against-

HYATT CORPORATION,

        *Defendant(s).*

------------------------------------------------------------------X

Case No. 1:24-cv-03742-VSB

**<u>NOTICE OF APPEARANCE</u>**

     **PLEASE TAKE NOTICE** that the undersigned attorney, Evan M. Goldberg, of EVAN

MILES GOLDBERG PLLC hereby appears as counsel of record for Plaintiffs Z.A. *et al.* in the

above-captioned matter, and requests that all notices given or required to be given, and all papers

served or required to be served, be given to and served upon the undersigned at the address

indicated below.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
       May 17, 2024

                                         Respectfully submitted,

                                         By:  */s/ Evan M. Goldberg*
                                         Evan M. Goldberg, Esq.
                                         EVAN MILES GOLDBERG, PLLC
                                         400 East 57th Street, Ste. 4M
                                         New York, NY 10022
                                         (212) 888-6497
                                         egoldberg@emglawfirm.com

                                         *Attorneys for Plaintiffs Z.A. et al.*

1