# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

AFFIDAVIT OF SERVICE



*178346*

Index no : **153296/2024**
Date Index Number Purchased: **04/09/2024**

| Plaintiff(s): | Z.A., AN INFANT, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, CARMIT ARCHIBALD AND GEORGES ARCHIBALD, AND CARMIT ARCHIBALD, INDIVIDUALLY |
|---|---|
| Defendant(s): | HYATT CORPORATION |

STATE OF NEW YORK
COUNTY OF ALBANY         ss.:

**Victoria Nelson**, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **04/15/2024** at **3:40 PM**, at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within **NOTICE OF ELECTRONIC FILING, SUMMONS, VERIFIED COMPLAINT WITH EXHIBITS AND VERIFICATION** upon **HYATT CORPORATION** at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

Defendant/respondent in this action by delivering and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section **306 of the Business Corporation Law**.

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of the State of New York duly authorized to accept such service on the behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows :

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black/Gray | 65-70 | 5Ft0In | 120 lbs |
| Other Features: | | | | | |

Documents were properly endorsed with index number and date of filing.

Sworn to and subscribed before me on 04/16/2024

_____
Notary Public

X_____
Victoria Nelson
Your Dream Team, Inc.
P.O. Box 7312
Hicksville, NY 11801
5164763016
10853002
10853002

[ ] Victoria Nelson
Notary Public, State of NY
No. 01NE6376548
Qualified in Albany County
Commission expires 06/11/2026

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2027

