UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, Individually,

Case No.: 1:24-cv-03742-VSB

                        Plaintiff(s),

-against-

HYATT CORPORATION,

                        Defendant(s).
-------------------------------------------------------------------X

### [PROPOSED]
### CLERK'S CERTIFICATE OF DEFAULT

I, _____, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced in the Supreme Court of the State of New York, County of New York, on April 09, 2024, with the filing of a Summons and Complaint. *See* ECF Nos. 1 and 1-1. Defendant Hyatt Corporation was properly served with the Summons and Complaint on April 15, 2024 via the New York State Secretary of State pursuant to Fed. R. Civ. P. 4, and N.Y. Bus. Corp. Law § 306. On May 15, 2024, defendant filed a Notice of Removal from Supreme Court of the State of New York, County of New York, Case Number: 153296/2024, to this court. *See* ECF Nos. 1 and 1-1. Proof of service is included as part of Exhibit in Defendant Hyatt Corporation's notice of removal papers. *Id.* Proof of service is annexed as an exhibit to Plaintiffs' counsel's Affirmation in Support of Request for Certificate of Default.

2

I further certify that the docket entries indicate that the defendant Hyatt Corporation has not filed an answer or otherwise moved or defended with respect to Plaintiffs' Complaint herein. The default of the defendant Hyatt Corporation is hereby noted.

Dated: New York, NY
_____[date]

_____
Clerk of Court

By: _____
Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to the following attorney(s) appearing on behalf of the defendant Hyatt Corporation:

Amneet Mand, Esq.
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, NY 10005
Amneet.mand@lewisbrisbois.com

  /s/ Evan M. Goldberg
Evan M. Goldberg