UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *individually,*

*Plaintiffs,*

-against-                                                **RULE 7.1 STATEMENT**

HYATT CORPORATION,

*Defendant.*
-------------------------------------------------------------------------- x

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Corporation hereby discloses that its parent corporation is Hyatt Hotels Corporation, a publicly held company that trades under the symbol "H" on the New York Stock Exchange. No other publicly held company owns 10 percent or more of Hyatt Corporation's stock.

Dated: New York, New York
       May 15, 2024

                                           LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                           By:  */s/ Amneet Mand*
                                                  Amneet Mand, Esq.
                                                  *Attorneys for Defendant*
                                                  HYATT CORPORATION
                                                  77 Water Street, 2100
                                                  New York, New York 10001
                                                  Tel. No.:  (212) 845-9006

To:    EVAN MILES GOLDBERG, PLLC
          Attorneys for Plaintiff
          Z.A., et al.
          400 East 57th Street, Ste. 4M
          New York, NY 10022
          Tel: 212-888-6497
          egoldberg@emglawfirm.com

140356439.1