UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, Individually,

Case No.: 1:24-cv-03742-VSB

Plaintiff(s),

-against-

HYATT CORPORATION,

Defendant(s).
-------------------------------------------------------------------X

### [PROPOSED]
### CLERK'S CERTIFICATE OF DEFAULT

I, _____, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced in the Supreme Court of the State of New York, County of New York on April 09, 2024, with the filing of a Summons and Complaint. The State Court action was assigned index number 153296/2024. Defendant Hyatt Corporation was properly served with the Summons and Complaint on April 15, 2024 via the New York State Secretary of State pursuant to Fed. R. Civ. P. 4, and N.Y. Bus. Corp. Law § 306. Plaintiff filed proof of service in the NYS Supreme Court action on April 17, 2024. See NYSCEF Dkt. No. 7.[1]

On May 15, 2024, defendant filed a Notice of Removal from Supreme Court of the State of New York, County of New York, Case Number 153296/2024, to the U.S. District Court for the Southern District of New York, which assigned the action the case number 1:24-cv-03742-VSB.

---

[1] Proof of service is annexed as Exhibit A to Plaintiff counsel's Affirmation in Support of Request for Certificate of Default.

1

2

*See* ECF No. 1. Proof of service is also included as an exhibit in Defendant Hyatt Corporation's notice of removal papers. *See* ECF Nos. 1 and 1-1.

  I further certify that the docket entries indicate that the defendant Hyatt Corporation has not filed an answer or otherwise moved or defended with respect to Plaintiffs' Complaint herein. The default of the defendant Hyatt Corporation is hereby noted.

Dated: New York, NY

    _____[date]

               _____
               Clerk of Court

              By: _____
                 Deputy Clerk