UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Z.A., an Infant, by and through his Parents and Natural
Guardians, CARMIT ARCHIBALD and GEORGES     Case No. 1:24-cv-03742-VSB
ARCHIBALD, and CARMIT ARCHIBALD,
Individually,

                                          Plaintiff(s),

-against-

HYATT CORPORATION,

                                          Defendant(s).
------------------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

      Evan M. Goldberg, an attorney duly admitted to practice in this court, hereby affirms that the following statements are true and accurate to best of my knowledge, information and belief under the penalty of perjury:

      1.      I am the principal of the law office of Evan Miles Goldberg PLLC, and the attorney of record for the plaintiffs in this action. As such, I am familiar with the facts and circumstances of this action.

      2.      This action commenced on April 09, 2024, with the filing of the Summons and Verified Complaint in the Supreme Court of the State of New York, County of New York, Index No. 153296/2024. *See* ECF No. 1-1.

      3.      On April 15, 2024, defendant Hyatt Corporation was served with the Summons and Verified Complaint via the New York State Secretary of State pursuant to Fed. R. Civ. P. 4 and N.Y. Bus. Corp. Law § 306. Process server Victoria Nelson delivered two copies to Sue Zouky, an authorized agent at the Secretary of State's office, and paid the required fee. The documents were endorsed with the index number and date of filing, and proof of service was

1

filed on April 17, 2024 in the Supreme Court of the State of New York, County of New York, Index No. 153296/2024.  Annexed hereto as Exhibit A is the Affidavit of Service.

4. Defendant Hyatt Corporation, having appeared in this action, filed its Notice of Removal to this Court based on diversity of jurisdiction on May 15, 2024.  *See* ECF Nos. 1 and 1-1. *See also* ECF No. 5.

5. The time for defendant Hyatt Corporation to answer, move, or otherwise defend against Plaintiffs' Complaint in this action has expired and has not been extended.

6. Defendant Hyatt Corporation is not an infant or incompetent and is not presently in the miliary service of the United States.

**WHEREFORE,** Plaintiffs respectfully request that the default of defendant Hyatt Corporation be noted, and a certificate of default issued.

Dated: New York, NY
July 11 , 2024

Respectfully submitted,

By:_____/s/ Evan M. Goldberg_____
Evan M. Goldberg, Esq.
EVAN MILES GOLDBERG, PLLC
400 East 57th Street, Ste. 4M
New York, NY 10022
(212) 888-6497
egoldberg@emglawfirm.com

*Attorneys for Plaintiffs Z.A. et al.*

# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

AFFIDAVIT OF SERVICE



*178346*

Index no : **153296/2024**
Date Index Number Purchased: **04/09/2024**

| Plaintiff(s): | Z.A., AN INFANT, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, CARMIT ARCHIBALD AND GEORGES ARCHIBALD, AND CARMIT ARCHIBALD, INDIVIDUALLY |
|---|---|
| Defendant(s): | HYATT CORPORATION |

STATE OF NEW YORK
COUNTY OF ALBANY        ss.:

**Victoria Nelson** , being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **04/15/2024** at **3:40 PM**, at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within **NOTICE OF ELECTRONIC FILING, SUMMONS, VERIFIED COMPLAINT WITH EXHIBITS AND VERIFICATION** upon **HYATT CORPORATION** at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

Defendant/respondent in this action by delivering and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service , deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section **306 of the Business Corporation Law**.

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of the State of New York duly authorized to accept such service on the behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows :

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black/Gray | 65-70 | 5Ft0In | 120 lbs |
| Other Features: | | | | | |

Documents were properly endorsed with index number and date of filing.

Sworn to and subscribed before me on 04/16/2024

_____
Notary Public

[ ] Victoria Nelson
Notary Public, State of NY
No. 01NE6376548
Qualified in Albany County
Commission expires 06/11/2026

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2027

X_____
Victoria Nelson
Your Dream Team, Inc.
P.O. Box 7312
Hicksville, NY 11801
5164763016
10853002
10853002

