UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, Individually,

Case No.: 1:24-cv-03742-VSB

                                                 Plaintiff(s),

-against-

HYATT CORPORATION,

                                                 Defendant(s).

---------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

As counsel for the Plaintiffs herein, I hereby certify that on July 11, 2024, I electronically filed a Proposed Clerk's Certificate of Default, Request for Clerk's Certificate of Default, and an Affirmation in Support of Request for Certificate of Default with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification and service of such filing to the following attorney(s) appearing on behalf of the defendant Hyatt Corporation:

    Amneet Mand, Esq.
    Lewis Brisbois Bisgaard & Smith LLP
    77 Water Street, Suite 2100
    New York, NY 10005
    Amneet.mand@lewisbrisbois.com

                                                   /s/ Evan M. Goldberg
                                                   Evan M. Goldberg