UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Z.A., *et al.*,

                      Plaintiffs,

         -against-

HYATT CORPORATION,

                      Defendant.
------------------------------------------------------------X

24-CV-3742 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 13.) Plaintiffs are directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days. Failure to take action may result in the case being dismissed for failure to prosecute.

SO ORDERED.

Dated: July 22, 2024
       New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge