# Evan Miles Goldberg PLLC
Attorney & Counselor at Law

400 East 57th Street, Suite 4M | New York, NY 10022 | P: (212) 888-6497 | F: (646) 751-7938 | egoldberg@emglawfirm.com

July 25, 2024

**<u>VIA ECF</u>**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   RE: **Z.A., *et al*. v. Hyatt Corporation**
      <u>**Docket No. 1:24-cv-03742**</u>

Dear Judge Broderick:

  My office represents the Plaintiffs in the above-referenced matter. We intend to submit a response to defendant Hyatt Corporation's letter motion filed on July 24, 2024 (ECF Doc. 15), by July 29, 2024. We thank the Court for its attention to this matter.

                Respectfully,

                /s/ Evan M. Goldberg

                Evan M. Goldberg

cc: All Counsel of Record (VIA ECF)