UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *individually*,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>HYATT CORPORATION,<br><br>                                        Defendant. | Docket No. 1:24-cv-03742<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO HYATT CORPORATION**<br><br>(Oral Argument Requested) |

**PLEASE TAKE NOTICE** that, upon the annexed declarations of Katrina Love, movant's Statement of Material Facts, movant's Memorandum of Law, all exhibits annexed thereto, all prior pleadings had herein, and upon all materials to which this Court may take judicial notice, the undersigned will move this Court, at the United States Courthouse, 500 Pearl Street, Room 21C, New York, New York 10007, on a date to be determined by the Court, for an Order:

a)   Granting summary judgment pursuant to Federal Rule of Civil Procedure 56, dismissing the complaint against Hyatt Corporation on the ground that the Court lacks personal jurisdiction over Hyatt Corporation;

b)   For an Order staying discovery in these proceedings until the within motion for summary judgment is decided; and

c)   Granting movant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that oral argument is requested only if this motion is opposed.

Dated: New York, New York

145272911.1

October 5, 2024

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              By: /s/ *Amneet Mand*
                                   Amneet Mand, Esq.
                                   *Attorney for Defendants*
                                   77 Water Street, Suite 2100
                                   New York, New York 10005
                                   Tel: (212) 232-1300
                                   Amneet.Mand@lewisbrisbois.com

**TO:**     **All parties via ECF**

## **CERTIFICATE OF SERVICE**

    Amneet Mand, an attorney duly admitted to practice before this Court, certifies that on September 5, 2024, she caused the Notice of Motion, Declarations, Statement of Material Facts, and Memorandum of Law to be filed and served upon the attorneys of record for plaintiff via ECF.

                                                   /s/ Amneet Mand
                                                         Amneet Mand