

Amneet Mand
77 Water Street, Suite 2100
New York, New York 10005
Amneet.Mand@lewisbrisbois.com
Direct: 212.845.9006

October 22, 2024							File No. 26756.88

<u>*Via ECF*</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: Z.A., an infant by and through his Parents and Natural Guardians, and Carmit Archibald, George Archibald v. Hyatt Corporation
    Docket No. 1:24-cv-03742-VSB

Dear Judge Broderick

  Our firm is counsel to Defendant, Hyatt Corporation ("Defendant"), in the above-referenced matter. We are writing to Your Honor to respectfully request an extension of one (1) week to file Hyatt Corporation's Reply to Plaintiff's Opposition (ECF Doc. No. 26 ). The reason for the extension request is we are in communications with our client in order to address each statement in Plaintiffs' Opposition and to provide further support for Hyatt Corporation's motion for summary judgment (ECF Doc. 23). We further state that this extension request is not made in bad faith and will not prejudice the Plaintiffs'.

          Very truly yours,

          *Amneet Mand*
          Amneet Mand of
          LEWIS BRISBOIS BISGAARD & SMITH LLP

AM
cc:: Evan Miles Goldberg, PLLC

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
147592758.1

Hon. Sarah L. Cave, Magistrate Judge
October 22, 2024
Page 2

Evan Goldberg, Esq.,
Attorneys for Plaintiffs
400 East 57th Street
New York, NY 10022
212-888-6497
egoldberg@emglawfirm.com

147592758.1