

Amneet Mand
77 Water Street, Suite 2100
New York, New York 10005
Amneet.Mand@lewisbrisbois.com
Direct: 212.845.9006

October 22, 2024                                              File No. 26756.88

*Via ECF*

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dated: October 23, 2024

**APPLICATION GRANTED SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.

For any future requests for an extension of time, the parties are instructed to follow Rule 1.G of my Individual Rules.

Re:   Z.A., an infant by and through his Parents and Natural Guardians, and Carmit Archibald, George Archibald v. Hyatt Corporation
      Docket No. 1:24-cv-03742-VSB

Dear Judge Broderick

   Our firm is counsel to Defendant, Hyatt Corporation ("Defendant"), in the above-referenced matter. We are writing to Your Honor to respectfully request an extension of one (1) week to file Hyatt Corporation's Reply to Plaintiff's Opposition (ECF Doc. No. 26 ). The reason for the extension request is we are in communications with our client in order to address each statement in Plaintiffs' Opposition and to provide further support for Hyatt Corporation's motion for summary judgment (ECF Doc. 23). We further state that this extension request is not made in bad faith and will not prejudice the Plaintiffs'.

                                              Very truly yours,

                                              *Amneet Mand*
                                              Amneet Mand of
                                              LEWIS BRISBOIS BISGAARD &
                                              SMITH LLP

AM
cc::  Evan Miles Goldberg, PLLC

Hon. Sarah L. Cave, Magistrate Judge
October 22, 2024
Page 2

Evan Goldberg, Esq.,
Attorneys for Plaintiffs
400 East 57th Street
New York, NY 10022
212-888-6497
egoldberg@emglawfirm.com