UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *Individually*,

        *Plaintiffs,*

v.

HYATT CORPORATION

        *Defendant.*

Case No. 1:24-cv-03742-VSB

## CERTIFICATE OF SERVICE

I, Evan M. Goldberg, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that **on November 19, 2024**, I served **Plaintiffs' Notice of Discovery and Inspection: Plaintiffs' First Set of Requests for Production of Documents** upon the following attorney(s) for the defendant:

    Amneet Mand, Esq.
    Lewis Brisbois Bisgaard & Smith, LLP
    77 Water Street, 21st Floor
    New York, NY 10005
    Tel. (212) 232-1300
    Fax (212) 232-1399
    Amneet.Mand@lewisbrisbois.com
    *Attorneys for defendant, Hyatt Corporation*

I served said Requests for Production via U.S. First Class Mail by depositing a true copy thereof in an official depository under the exclusive care and custody of the United States Postal Service located in the State of New York, County of New York, enclosed in a securely sealed, postpaid wrapper addressed to the attorney(s) listed above at the designated address.

Dated: November 22, 2024
      New York, NY

          /s/ Evan M. Goldberg
         Evan M. Goldberg
         EVAN MILES GOLDBERG, PLLC
         400 East 57th Street, Ste. 4M
         New York, NY 10022
         Tel.: (212) 888-6497
         egoldberg@emglawfirm.com
         *Attorney for the Plaintiffs, Z.A., et al.*