UNITED STATES DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Z.A., an Infant, by and through is Parents and National Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *individually*,

Docket No.: 1:24-cv-03742

      Plaintiffs,

**NOTICE OF APPEARANCE**

 -against –

HYATT CORPORATION,

      Defendant.
-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE**, that LEWIS BRISBOIS BISGAARD & SMITH LLP hereby appears in the above-captioned action as attorneys for Defendant, HYATT CORPORATION

  Demand is hereby made that this office be included and copied on all notices, exchanges, disclosures, etc., and all correspondence relating to this action.

Dated: New York, New York
    May 9, 2025

              LEWIS BRISBOIS BISGAARD & SMITH LLP

              *Danny Duong*
              Danny Duong
              *Attorneys for Defendant*
              *HYATT CORPORATION*
              77 Water Street – Suite 2100
              New York, New York 10005
              212.232.1300
              danny.duong@lewisbrisbois.com

TO : All Parties on ECF

148034177.1