UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Z.A. an Infant, by and through his Parents and
Natural Guardians, CARMIT ARCHIBALD and
GEORGES ARCHIBALD, and CARMIT
ARCHIBALD, *individually*,

                Plaintiff,

-against-

HYATT CORPORATION,

                Defendants.
-------------------------------------------------------------X

Case No.: 1:24-cv-03742

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant, HYATT CORPORATION, in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any further Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: New York, New York
       August 7, 2025

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
     Michael Wynn, Esq.
     *Attorneys for Defendant*
     HYATT CORPORATION
     7 World Trade Center
     250 Greenwich Street, 11th Floor
     New York, New York 10005
     (646) 783.1724
     File No.: 26756.88
     Michael.Wynn@lewisbrisbois.com

TO:   *All appearing parties via ECF*

161224220.1