UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Z.A., an Infant, by and through his Parents and Natural
Guardians, **CARMIT ARCHIBALD** and **GEORGES
ARCHIBALD**, and **CARMIT ARCHIBALD,**
*Individually*

        *Plaintiff(s)*,

    -against-

**HYATT CORPORATION**
-----------------------------------------------------------------------X

Index No.:  1:24-cv-03742-LTS

**NOTICE OF MOTION FOR
LEAVE TO AMEND
COMPLAINT**

     **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, the

proposed Amended Complaint (annexed hereto in redline form as Exhibit 1 and in clean form as

Exhibit 2, in accordance with Local Civil Rule 15.1), all prior pleadings and proceedings herein,

and such other matters of which the Court may take judicial notice, Plaintiffs, by their

undersigned counsel, will move this Court, before the Honorable Laura Taylor Swain, Chief

United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York, on a date and time to be determined by the Court, for an

Order:

1. Granting Plaintiffs leave to file the Amended Complaint pursuant to Federal Rule of
   Civil Procedure 15(a)(2);

2. Deeming the Amended Complaint filed as of the date of the Court's Order, and
   determining that, pursuant to Rule 15(c)(1)(B), the amendment relates back to the
   date of the original pleading; and

3. Granting such other and further relief as the Court deems just and proper.

     **PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this

motion is opposed.

**MEET-AND-CONFER CERTIFICATION:** Undersigned counsel certifies that, consistent with the Court's standing order, counsel for the parties conferred in good faith by telephone on September 4, 2025, and by email on September 5, 2025, regarding the relief sought in this motion and made their best efforts to resolve the issues informally. The parties conferred again on September 10, 2025; however, Defendant Hyatt Corporation reserves its right to oppose this motion.

Dated:  New York, NY
        Sep. 10, 2025

                                        Respectfully submitted,


                                        /s/  Evan M. Goldberg_____
                                        EVAN MILES GOLDBERG, PLLC
                                        400 East 57th Street, Ste. 4M
                                        New York, NY 10022
                                        Tel.: (212) 888-6497
                                        Fax: (646) 751-7938
                                        egoldberg@emglawfirm.com

                                        *Attorneys for Plaintiffs Z.A., et al.*


To all Parties via ECF