

Michael W. Wynn
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
michael.wynn@lewisbrisbois.com
Direct: 646.783.1724

October 9. 2025   File No. 26756.88

*Via ECF*
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    Z.A., an infant by and through his Parents and Natural Guardians, and Carmit Archibald, George Archibald v. Hyatt Corporation
Docket No. 1:24-cv-03742-LTS

Dear Judge Swain

    Our firm is counsel to Defendant, Hyatt Corporation ("Defendant"), in the above-referenced matter. We are writing to Your Honor to respectfully request an extension of time to file Hyatt Corporation's Opposition to Plaintiff's Motion for Leave to Amend the Complaint (ECF Doc. No. 40). Based on the date it was filed, as per FRCP 27, the deadline for our response would have been September 20, 2025. However, our office inadvertently miscalendared the date by which we were to submit our opposition. After discussion with Plaintiffs' counsel, the following briefing schedule was agreed-upon: Defendant's opposition by October 24, 2025, with Plaintiffs' reply by November 7, 2025. This is the first request for an extension with respect to this motion and the request will not affect any other scheduled dates.

    We thank the Court in advance for its time and attention to this request.

    Very truly yours,

    Michael Wynn for
    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc::  Evan Miles Goldberg, PLLC via ECF