UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

| | |
|---|---|
| Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *Individually*, | Case No.: 1:24-cv-03742 (VSB) <br><br> **NOTICE OF APPEARANCE** |

       Plaintiffs,

 -against-

HYATT CORPORATION,

       Defendant.

-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that, Eileen Budd, Esq. hereby appears in the above-captioned action as counsel for Defendant, HYATT CORPORATION, and respectfully requests that all pleadings, notices, exchanges, disclosures, etc. and all communications in this matter be directed to her attention at the address set forth below.

Dated: New York, New York
   December 4, 2025

              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

       By:   /s/Eileen Budd
           Eileen Budd (EB3180)
           *Attorneys for Defendant*
           *HYATT CORPORATION*
           7 World Trade Center
           250 Greenwich Street, 11th Floor
           New York, New York 10007
           Tel. No.: (212) 232.1368
           Fax: (212) 232.1399
           Email: Eileen.Budd@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies she caused the **NOTICE OF APPEARANCE** to be served on the 4th day, December, 2025 via ECF upon the attorneys of record for all parties:

Evan M. Goldberg, Esq.
EVAN MILES GOLDBERG, PLLC
*Attorneys for Plaintiffs*
400 East 57th Street, Suite 4M
New York, New York 10022
egoldberg@emglawfirm.com

                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                        By:       /s/Eileen Budd
                                      Eileen Budd (EB3180)
                                      *Attorneys for Defendant*
                                      *HYATT CORPORATION*
                                      7 World Trade Center
                                      250 Greenwich Street, 11th Floor
                                      New York, New York 10007
                                      Tel.: (212) 232-1368
                                      Fax: (212) 232-1399
                                      Email: Eileen.Budd@lewisbrisbois.com

167974117.1