UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

| | |
|---|---|
| Z.A., an Infant, by and through his Parents and Natural Guardians, CARMIT ARCHIBALD and GEORGES ARCHIBALD, and CARMIT ARCHIBALD, *Individually*, | Case No.: 1:24-cv-03742 (VSB) |
| | **NOTICE OF APPEARANCE** |

Plaintiffs,

-against-

HYATT CORPORATION,

Defendant.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, Aaron Gauthier, Esq. hereby appears in the above-captioned action as counsel for Defendant, HYATT CORPORATION, and respectfully requests that all pleadings, notices, exchanges, disclosures, etc. and all communications in this matter be directed to her attention at the address set forth below.

Dated: New York, New York
June 10, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:      /s/Aaron D. Gauthier
Aaron D. Gauthier, Esq.
*Attorneys for Defendant*
*HYATT CORPORATION*
140 Broadway, Suite 3100
New York, New York 10005
(212) 232-1361
Aaron.Gauthier@lewisbrisbois.com

177942884.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies she caused the **NOTICE OF APPEARANCE** to be served on the 10th  day, June, 2026 via ECF upon the attorneys of record for all parties:

Evan M. Goldberg, Esq.
EVAN MILES GOLDBERG, PLLC
*Attorneys for Plaintiffs*
400 East 57th Street, Suite 4M
New York, New York 10022
egoldberg@emglawfirm.com

                                         LEWIS BRISBOIS BISGAARD & SMITH LLP


                    By:           /s/Aaron D. Gauthier
                                  Aaron D. Gauthier, Esq.
                                  *Attorneys for Defendant*
                                  *HYATT CORPORATION*
                                  7 World Trade Center
                                  250 Greenwich Street, 11th Floor
                                  New York, New York 10007
                                  Tel.: (212) 232-1368
                                  Fax: (212) 232-1399
                                  Email: Aaron.Gauthier@lewisbrisbois.com