UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

Z.A., an Infant, by and through his Parents and Natural
Guardians, CARMIT ARCHIBALD and GEORGES
ARCHIBALD, and CARMIT ARCHIBALD,
*Individually*,

                    Plaintiff,

        -against-


HYATT CORPORATION,

                 Defendant.

-------------------------------------------------------------------- x

Case No.: 1:24-cv-03742
(VSB)

**NOTICE OF CHANGE OF
FIRM ADDRESS**

      **YOU ARE HEREBY** notified that LEWIS BRISBOIS BISGAARD & SMITH, LLP,

counsel for Defendant HYATT CORPORATION, notifies the Court and counsel of records of its

change of address, effective immediately.  All pleadings, discovery, motions correspondence,

orders, notices, and other case-related documents should be sent to the new information as follows:

LEWIS BRISBOIS BISGAARD & SMITH LLP
140 Broadway, Suite 3100
New York, New York 10005

Dated: New York, New York
       June 10, 2026

                               Yours etc.,

                               LEWIS BRISBOIS BISGAARD & SMITH LLP


             By:       /s/Aaron D. Gauthier
                        Aaron D. Gauthier. Esq.
                        *Attorneys for Defendant*
                        HYATT CORPORATION
                        140 Broadway, Suite 3100
                        New York, New York 10005
                        (212) 232-1300
                        Aaron.Gauthier@lewisbris.com


TO:   *Via ECF to all appearing parties*

177943316.1