## Evan Miles Goldberg PLLC
### Attorney & Counselor at Law
400 East 57th Street, Suite 4M | New York, NY 10022 | P: (212) 888-6497 | F: (646) 751-7938 |egoldberg@emglawfirm.com

June 10, 2026

**<u>Via ECF</u>**
Hon. Laura Taylor Swain
Chief United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    Z.A., et al., v. Hyatt Corporation
              Docket No. 1:24-cv-03742-LTS
              <u>Consent Letter-Motion for Extension of Time</u>

Dear Chief Judge Swain:

My office represents the Plaintiffs in the above-referenced matter. Plaintiffs respectfully request a 14-day extension of the deadline set forth in the Court's May 27, 2026 Memorandum Order. The current deadline is June 10, 2026. Plaintiffs request that the deadline be extended to June 24, 2026. This is Plaintiffs' first request for an extension of this deadline. No prior requests have been made, granted, or denied. Plaintiffs conferred with counsel for Defendant Hyatt Corporation, and counsel consents to the requested extension. The limited extension is requested to allow Plaintiffs to confer with counsel and their clients regarding available procedural options in light of the Court's May 27, 2026, Memorandum Order, to permit counsel to confer further with Defendant regarding next steps, and to avoid unnecessary or premature motion practice. No other scheduled dates would be affected.

                                      Respectfully submitted,

                                      */s/ Evan M. Goldberg*

                                      Evan M. Goldberg

cc:     All counsel of record via ECF