UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Z.A., an Infant, by and through his Parents
and Natural Guardians, CARMIT
ARCHIBALD and GEORGES ARCHIBALD,
and CARMIT ARCHIBALD, individually,

        Plaintiffs,

    -v-                                  No.  24-CV-03742-LTS

HYATT CORPORATION,

        Defendant.

----------------------------------------------------------x

ORDER

        In an Order dated May 27, 2026, the Court granted Plaintiffs leave to file an amended complaint within 14 days of the Order that provides a proper basis for the exercise of subject matter jurisdiction of a New York General Business Law § 349 claim.  (Docket no. 46.) On June 10, 2026, the Court granted Plaintiffs' request for an extension of that deadline to June 24, 2026.  (Docket no. 49.)  To date, Plaintiffs have not filed an amended complaint.  Plaintiffs' claims are, therefore, dismissed for lack of personal jurisdiction in accordance with the May 27, 2026 Order.  (Docket no. 46).  The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

Dated:  New York, New York
       July 7, 2026

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               Chief United States District Judge