**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Z.A., an Infant, by and through his Parents and
Natural Guardians, CARMIT ARCHIBALD and
GEORGES ARCHIBALD, and CARMIT
ARCHIBALD, individually,

                         Plaintiffs,

       -against-                                   24 **CIVIL** 3742 (LTS)

                                             **JUDGMENT**

HYATT CORPORATION,

                         Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 7, 2026, the Court granted Plaintiffs leave to file an amended complaint within 14 days of the Order that provides a proper basis for the exercise of subject matter jurisdiction of a New York General Business Law § 349 claim. (Docket no. 46.) On June 10, 2026, the Court granted Plaintiffs' request for an extension of that deadline to June 24, 2026. (Docket no. 49.) To date, Plaintiffs have not filed an amended complaint. Plaintiffs' claims are, therefore, dismissed for lack of personal jurisdiction in accordance with the May 27, 2026 Order. (Docket no. 46); accordingly, the case is closed.

**Dated:** New York, New York

      July 8, 2026

                                      **TAMMI M. HELLWIG**

                                      _____

                                         **Clerk of Court**

            **BY:**               K. Mango

                                         _____

                                         **Deputy Clerk**